# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS (Boston)

Larry Ewers

V.

Christopher Patrick Heron,
Corporation of the BankHouse, Inc.,
Societe BankHouse, and
James F. Pomeroy, II

SUMMONS IN A CIVIL CASE

04 · 10024 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)

Corporation of the BankHouse, Inc.
30 Rowe's Wharf
Boston, Massachusetts 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan M. Spiro, Esq., Edwards & Angell, LLP
101 Federal Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JAN -7 2004

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | February 5, 2004 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| John F Keogh | A Constable as a disinterested party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served in hand to James F Pomerot, II who acknowledged his position as President of Corporation of the Bank House, Inc. in accepting service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40.00 | 40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    February 5, 2004
             Date

*Signature of Server*

36 Georganna Street
Braintree, MA. 02184

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.