UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS,<br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>)    NO. 04- 10024-RWZ |

## PLAINTIFF'S MOTION FOR DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), plaintiff Larry Ewers moves for the entry of default against defendant Corporation of the BankHouse, Inc., and defendant James F. Pomeroy, II for their failure to respond to the Complaint.  In support of this Motion , plaintiff states the following:

1. The Complaint was filed on January 5, 2004;

2. Process was served by Constable John F. Keogh on Defendant Corporation of the BankHouse, Inc. by in-hand delivery to James F. Pomeroy as president of the corporation on February 5, 2004;

3. Process was served by Constable John F. Keogh on Defendant James F. Pomeroy by in-hand delivery to James F. Pomeroy on February 5, 2004;

4. Responses to the Complaint were due from Corporation of the BankHouse, Inc. and from James F. Pomeroy, II on February 25, 2004; and

5. As of the date of this motion, no response to the Complaint has been served on the plaintiff or reported as filed with the Court.

**WHEREFORE**, plaintiff Larry Ewers requests that a default be entered against defendant

Corporation of the BankHouse, Inc., and defendant James F. Pomeroy, II.

Respectfully submitted,

LARRY EWERS,

By his attorneys,

Alan M. Spiro  (BBO No. 475650)
Christopher P. Silva (BBO No. 45191)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
(617) 439-4444

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2004, I served a true copy of the above document upon the above defendants Corporation of the BankHouse, Inc. and James F.Pomeroy II by first class mail to James F. Pomeroy, as President of Corporation of the BankHouse, and to James F. Pomery, individually, at 11 Meadow Haven Drive, Mashpee, MA 02649.

Christopher P. Silva

BOS_436758 2/LCROSSLEY