UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS,<br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II,<br>    Defendants. | CIVIL ACTION<br>NO. 04-10024-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher P. Silva as counsel for plaintiff Larry Ewers.

Respectfully submitted,

LARRY EWERS,

By his attorneys,

*/s/ Christopher P. Silva/*

Alan M. Spiro (BBO No. 475650)
Christopher P. Silva (BBO No. 45191)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 439-4444

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2004, I served a true copy of the above document upon the above defendants Corporation of the BankHouse, Inc. and James F. Pomeroy II by first class mail to James F. Pomeroy, as President of Corporation of the BankHouse, and to James F. Pomery, individually, at 11 Meadow Haven Drive, Mashpee, MA 02649.

*/s/ Christopher P. Silva/*
Christopher P. Silva