UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Larry Ewers,_
_____
Plaintiff

V.

_Corporation of the Bankhouse, Inc et al_
_____
Defendant

CIVIL ACTION

NO. _04-cv-10024-RWZ_

## NOTICE OF DEFAULT

Upon application of the Plaintiff, _Larry Ewers_ for an order of Default for failure of the Defendant, _Corporation of the Bankhouse, Inc + James F. Pomeroy III_, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this _30th_ day of _March_, ~~19~~ _2004_

TONY ANASTAS
CLERK OF COURT

By: _Jay Johnson_
Deputy Clerk

**Notice mailed to:**