UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LARRY EWERS,<br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II,<br>    Defendants. | CIVIL ACTION<br>NO. 04-10024-RWZ |

**PLAINTIFF'S VERIFIED MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT CHRISTOPHER PATRICK HERON**

Pursuant to Fed. R. Civ. P. 55(a), plaintiff Larry Ewers moves for the entry of default against defendant Christopher Patrick Heron ("Heron"), for failure to respond to the Complaint. In support of this Motion, plaintiff states the following:

1. The Complaint in this case was filed on January 5, 2004.

2. Process was served on Heron on April 7, 2004, pursuant to Article 5(b) and 6 of The Convention On The Service Abroad Of Judicial And Extrajudicial Documents In Civil Or Commercial Matters.

3. Service of the Complaint was effected on Heron at his residence, 21 Dale House, Boundary Road, London, United Kingdom, by delivery in hand on Heron, who, according to the Process Server's Certificate of Service, "accepted it voluntarily" on April 7, 2004.

4. Proof of Service was filed in this Court on April 20, 2004, including the originals of:

    (A)    Certificate of Service, stamped by the Central London County Court;

    (B)    Certificate of Compliance with the Hague Convention, sworn before John Leonard, Solicitor.

True copies of these documents are attached as Exhibits A and B, respectively.

5. Heron's response to the Complaint was due on April 27, 2004.

6. As of the date of this motion, no response to the Complaint has been served on the plaintiff or reported as filed with the Court.

WHEREFORE, plaintiff Larry Ewers requests that a default be entered against defendant Christopher Patrick Heron.

LARRY EWERS

By his attorneys,

Alan M. Spiro  (BBO No. 475650)
Christopher P. Silva (BBO No. 45191)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
(617) 439-4444

## VERIFICATION

I, Alan M. Spiro, attorney for the plaintiff Larry Ewers, hereby certify that the foregoing statements are true to the best of my knowledge, information and belief.

Signed under the penalties of perjury this 11th day of May, 2004.

Alan M. Spiro  (BBO No. 475650)

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2004, I served a true copy of the above document upon the defendant Christopher Patrick Heron by first class mail addressed to his residence at 21 Dale House, Boundary Road, London, NW8, United Kingdom.

Alan M. Spiro (BBO No. 475650)

# EXHIBIT A

| Claim No. | 02-10532 RWZ |
|---|---|
| Claimant | LARRY EWERS |
| Defendant | CHRISTOPHER PATRICK HERON |

[Stamp: AO NO. 24206 07 APR 2004]

On the ...7th APRIL 2004........................... (insert date)

the ............................................................................. (insert title or description of documents served)

a copy of which is attached to this notice was served on (insert name of person served, including position i.e. partner, director if appropriate)

..............................................................................................................................................

Tick as appropriate

☐ by first class post

☐ by Document Exchange

☐ by delivering to or leaving

☐ by handing it to or leaving it with

☐ by fax machine (...................time sent)
(you may want to enclose a copy of the transmission sheet)

☐ by e-mail

☑ by other means (please specify)    BY HAND

at (insert address where service effected, include fax or DX number or e-mail address)
21 DALE HOUSE
BOUNDARY ROAD.
LONDON
ENGLAND.

being the defendant's:

☑ residence          ☐ registered office

☐ place of business  ☐ other (please specify) ..........................................

The date of service is therefore deemed to be ...7th APRIL 2004.......... (insert date - see over for guidance)

I confirm that at the time of signing this Certificate the document has not been returned to me as undelivered.

Signed .................................
(Claimant)(Defendant)('s solicitor)('s litigation friend)

Date ...7th APRIL 2004...

Position or ..............................
office held
(if signing on behalf of firm or company)

# EXHIBIT B

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Hague Convention

That the document hereby described: Civil Court Action 02-10523-RWZ District of Massachusetts Plaintiff Larry Ewers vs Defendant Christopher Patrick Heron

was served on: April 07, 2004 08.18
(Date)

to: Christopher Patrick Heron
(Name)

at: 21 Dale House, Boundary Road, London, NW8

(Place)

(Address)

by the follow method authorized by Article 5: By personal delivery to Christopher Patrick Heron at the above address who accepted it voluntarily. The document referred to above was delivered and served to Christopher Patrick Heron, whom the Server knew previously, at his residence at the above the address.

Attached is the document establishing the service.
Description of the document: Certificate of Service

_____        15/04/04
(Name and Title)                (Place at Date)

JOHN LEONARD (SOLICITOR)

STAMP or Seal

FINERS STEPHENS INNOCENT
Solicitors
179 Great Portland Street
London W1N 6LS