UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Larry Ewers
                  Plaintiff

CIVIL ACTION

NO. 04-cv-10024-RWZ

V.

Christopher Patrick Heron et al
                  Defendant

### NOTICE OF DEFAULT

Upon application of the Plaintiff, Larry Ewers for an order of Default for failure of the Defendant, Christopher Patrick Heron, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 4th day of June, 2004.

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 12/98)                                              [ntcdflt.]