UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
LARRY EWERS, )
    Plaintiff, )
)
v. ) CIVIL ACTION
) NO. 04-10024-RWZ
CHRISTOPHER PATRICK HERON, )
CORPORATION OF THE BANKHOUSE, INC., )
SOCIETE BANKHOUSE, and )
JAMES F. POMEROY, II, )
    Defendants. )
)

### PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 55(b)(1), plaintiff Larry Ewers moves for entry of a default judgment against defendants Corporation of the BankHouse, Inc. ("COB") and James F. Pomeroy, II ("Pomeroy") for a sum certain of $4,480,000 on each of Counts I – IV of the Complaint, trebled to $13,440,000 for Count V of the Complaint, each as of January 5, 2004, the date of filing of the Complaint. *See* Affidavit of Alan M. Spiro filed contemporaneously herewith. Ewers further moves that a writ of execution issue forthwith.

                                LARRY EWERS,

                                By his attorneys,

                                Alan M. Spiro (BBO No. 475650)
                                Christopher P. Silva (BBO No. 645191)
                                EDWARDS & ANGELL, LLP
                                101 Federal Street
                                Boston, Massachusetts 02110
                                (617) 439-4444

- 2 -

## CERTIFICATE OF SERVICE

I, Alan M. Spiro, hereby certify that on June 15, 2004, I served a true copy of the above document upon the above defendants Corporation of the BankHouse, Inc. and James F. Pomeroy II by first class mail to James F. Pomeroy, as President of Corporation of the BankHouse, and to James F. Pomeroy, individually, at 11 Meadow Haven Drive, Mashpee, MA 02649, and upon the defendant Christopher Patrick Heron by first class mail addressed to his residence at 21 Dale House, Boundary Road, London, NW8, United Kingdom.

Alan M. Spiro  (BBO No. 475650)