UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS,<br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II,<br>    Defendants. | CIVIL ACTION<br>NO. 04-10024-RWZ |

### PLAINTIFF'S MOTION FOR ATTACHMENT OF
### REAL ESTATE OF DEFENDANT JAMES F. POMEROY, II

Plaintiff Larry Ewers moves pursuant to Rule 64 of the Federal Rules of Civil Procedure and Mass. Gen. Laws, c. 223, § 42, for an order approving an attachment in the amount of $4,480,000 on all of the right, title, and interest of Defendant James F. Pomeroy, II ("Pomeroy") in any real property located in the Commonwealth of Massachusetts, including but not limited to the property located at 11 Meadow Haven Drive in Mashpee, Barnstable County, Massachusetts.

In support of his Motion, Plaintiff relies upon the Affidavit of Alan M. Spiro ("Spiro Aff.") filed contemporaneously herewith, and the documents attached thereto, establishing that COB and Pomeroy have caused Plaintiff to suffer damages in the amount of $4,480,000. Count V of the Complaint seeks to treble that amount under Mass. Gen. Laws c. 93A, to $13,440,000, and the Court may in its discretion approve an attachment in that larger amount.

The Plaintiff states and ascribes that there is reasonable likelihood that he will recover judgment in an amount greater than or equal to the amount of the requested attachment, because Heron has admitted his debt and the defendants have admitted holding Heron's funds.

- 2 -

The Heron debt is readily established. In an Agreement dated January 17, 2002, a true copy of which is attached to the Affidavit of Alan M. Spiro as Exhibit A (the "Agreement"), Heron admitted his debt, as to which Ewers holds a Power of Attorney, in the amount of $1,980,000,000. Spiro Aff. ¶ 10. In addition, in Heron's List of Creditors in the United Kingdom proceedings, Heron listed the debt as "U.S. $ 1.980" Billion Dollars, again admitting, under oath, the debt that is the subject of this lawsuit. Spiro Aff. ¶ 23.

For COB's and Pomeroy's part, on January 31, 2002, Pomeroy wrote Heron (*see* Spiro Aff. Exhibit C) and admitted holding "USD $1,814,158.25 in accordance with our internal cash flow detail for Syndicate 150," Heron's investment vehicle. Pomeroy stated the market value of Syndicate 150's remaining interests to be "USD $4.48 Million." Heron himself admitted to this number: Heron stated in a Financial Statement transmitted on February 1, 2002 (Spiro Aff. Exhibit D) that his assets, as they related to defendants COB and Pomeroy, were:

> "Corporate note obligations held through Syndicate 150 Societe BankHouse ["Societe BankHouse" is a trade name for Corporation of the BankHouse or COB] (net of any outstanding liabilities and charges) Current Sale Value $4,480,000 USD…"

An attachment in the amount of $4,480,000 is necessary and reasonable as security for the judgment that the Plaintiff expects to recover against COB and Pomeroy on claims of reach and apply, tortious interference with contract, unjust enrichment and fraud, as well as Plaintiff's treble damages claim under Chapter 93A.

WHEREFORE, the Plaintiff respectfully requests that this Court grant this Motion and order the issuance of a Writ of Attachment in the amount of $4,480,000 on all of the right, title, and interest of Defendant James F. Pomeroy in all real property located in the Commonwealth of

Massachusetts, including but not limited to the property located at 11 Meadow Haven Drive in Mashpee, Barnstable County, Massachusetts.

LARRY EWERS,

By his attorneys,

*[signature]*

Alan M. Spiro (BBO No. 475650)
Christopher P. Silva (BBO No. 645191)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 439-4444

## CERTIFICATE OF SERVICE

I, Alan M. Spiro, hereby certify that on June 15, 2004, I served a true copy of the above document upon the above defendants Corporation of the BankHouse, Inc. and James F. Pomeroy II by first class mail to James F. Pomeroy, as President of Corporation of the BankHouse, and to James F. Pomeroy, individually, at 11 Meadow Haven Drive, Mashpee, MA 02649, and upon the defendant Christopher Patrick Heron by first class mail addressed to his residence at 21 Dale House, Boundary Road, London, NW8, United Kingdom.

*[signature]*

Alan M. Spiro (BBO No. 475650)