UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS,<br>        Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II,<br>        Defendants. | CIVIL ACTION<br>NO. 04- 10024-RWZ |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT
## AGAINST DEFENDANT CHRISTOPHER PATRICK HERON

Pursuant to Fed. R. Civ. P. 55(b)(1), plaintiff Larry Ewers moves for entry of a default judgment against defendant Christopher Patrick Heron for the sum certain of $1,980,000,000 on each of Counts II – IV of the Complaint, trebled to $5,940,000,000 for Count V of the Complaint, each as of January 5, 2004, the date of filing of the Complaint, plus interest as provided by law. In support of his Motion, plaintiff submits the Affidavit of Alan M. Spiro filed contemporaneously herewith. Ewers further moves that a writ of execution issue forthwith.

LARRY EWERS,

By his attorneys,

_____
Alan M. Spiro (BBO No. 475650)
Christopher P. Silva (BBO No. 645191)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 439-4444

- 2 -

## CERTIFICATE OF SERVICE

I, Alan M. Spiro, hereby certify that on July 9, 2004, I served a true copy of the above document upon the upon the defendant Christopher Patrick Heron by first class mail addressed to his residence at 21 Dale House, Boundary Road, London, NW8, United Kingdom, upon the defendant Corporation of the BankHouse, Inc. by first class mail to James F. Pomeroy, as President of Corporation of the BankHouse, and upon the defendant James F. Pomeroy, individually, at 11 Meadow Haven Drive, Mashpee, MA 02649.

_____
Alan M. Spiro  (BBO No. 475650)