# ALEX PLADOTT

20000 WINNETKA PLACE
WOODLAND HILLS, CA 91364 USA
(818) 710-0804   FAX: (818) 594-5735   E-MAIL: SS4RE@AOL.COM

Monday, July 19, 2004

Hon. Judge Rya W. Zobel
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Court House
1 Courthouse Way, Suite 2300
Boston MA 02210
Telephone:  617-748-9085
Via FedEx #:  847028591034

> REF:   United States District Court
> District of Massachusetts, Boston
> **Case # 1:04-CV-10024-RWZ**

Dear Judge Zobel:

I, Alexander Pladott, represent three of the supporting creditors in the bankruptcy case against Christopher Patrick Heron ("Heron") in the United Kingdom.  I know all the details related to Case # 1:04-CV-10024-RWZ from my own personal knowledge.

In July 2001 I organized a group of four creditors owed monies by Heron in order to initiate litigation against him in the United Kingdom.  I initiated and issued a Memorandum of Understanding ("MOU") related to the issues that were agreed upon by the four creditors.  (Please see attached Exhibit A.)

On January 17, 2002, I initiated negotiations with Heron which culminated in a Settlement Agreement with him.  I am one of the four parties who executed this agreement.  (Please see attached Exhibit B.)

Based on the Settlement Agreement dated January 17, 2002 with Heron, an application was filed with the court in London, UK resulting in his being adjudicated bankrupt on June 18, 2002.  (Please see Exhibits C and D.)  Mr. Malcolm Harris of Valentine & Co. was appointed Trustee for the CP Heron estate worldwide.

1 of 3

At the heart of Case # 1:04-CV-10024-RWZ is a private party, Larry Ewers ("Ewers") who claims that he represents certain of Heron's creditors. He is the sole plaintiff and appears to be using Your Honor's courtroom to defraud all the other creditors.

Ewers has misled both the Court and his lawyer Mr. Spiro regarding the important material facts his lawyer described in both his complaint and in numerous affidavits in support of Ewers.

One example from the many Docket Reports is Entry No. 11 - Mr. Spiro's Affidavit. He mentions the amount of $4,480,000 USD many times as "held for the benefit of Heron and his creditor, Ewers." All the statements regarding this amount are false. This amount was the settlement amount to be paid to the four creditors on a "pari-passo" basis.

Ewers informed me in 2001 and on numerous occasions thereafter that he located $1.6 Billion USD in bank accounts under Heron's name. (Please see the MOU, Paragraph 12. and exhibit A1)

Ewers also told me on numerous occasions that more than $700 Million USD in a New York bank account in Heron's name was frozen by a Federal Court order in New York. He said that the case and its details were ordered sealed Level I and for this reason he could not disclose further information to me.

Ewers also told me that there is a second bank account in Heron's name in Toronto, Canada with more than $500 Million USD which was frozen in Canada under similar terms as in New York.

If Ewers is able to obtain a default judgment against Heron, per Docket Report No. 13 in his name only, he will be able to take the judgment to the New York and Canadian jurisdictions and collect more than $1.4 Billion USD for himself while defrauding the other creditors.

The spirit and guidance of the U.S. law in similar cases can be found in Section 304 and its provisions per Section 304(c), U.S. Bankruptcy Code.

Ewers and his lawyer misled the Trustee, Malcolm Harris and Mr. Harris' solicitor, Nicholas Pike in every respect regarding Case # 1:04-CV-10024-RWZ.

Ewers has promised me endless times that he would honor all the agreements currently in place (Exhibits E and F) and that he would execute escrow instructions (Exhibit G) to legally secure the disbursements from the two jurisdictions to the following parties:

2 of 3

1. Howard Eugene Liner
2. Ah Ping Ban
3. Flamecrest Enterprises Limited Trust
4. Balz Rudolf Wolfensberger Discretionary Trust
5. Malcolm Harris, Trustee – CP Heron in Bankruptcy

On July 15, 2004, Mr. Ewers informed me by fax that his lawyers advised him not to sign the agreement to secure the distribution of Heron's frozen funds in New York and Canada, and that he would not be signing any such agreement.

I respectfully request Your Honor to amend the Motion for Entry of Default Judgment against Christopher Patrick Heron, Docket Report No. 13 and to impose a constructive trust which will remain under court supervision on behalf of:

1. Howard Eugene Liner
2. Ah Ping Ban
3. Flamecrest Enterprises Limited Trust
4. Balz Rudolf Wolfensberger Discretionary Trust
5. Malcolm Harris, Trustee – CP Heron in Bankruptcy

Any claim by Ewers should be dealt with by the Constructive Trust.

On behalf of the three supporting creditors of the Heron Bankruptcy and parties to the Heron Settlement Agreement, I would like to thank Your Honor in advance for your intervention in this case.

Sincerely,

Alex Pladott

Cc:    Malcolm Harris, Trustee
       Alan M. Spiro, Esq.    VIA fedex # 847028591023