UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>  )<br>HOWARD EUGENE LINER, CREDITORS  )<br>COMMITTEE OF THE BANKRUPTCY ESTATE  )<br>OF CHRISTOPHER PATRICK HERON, AH PING  )<br>BAN, FLAMECREST ENTERPRISES LIMITED  )<br>TRUST, BLATZ RUDOLPH WOLFENSBERGER  )<br>TRUST,  )<br>  )<br>    Plaintiff-Intervenors,  )<br>  )<br>    v.  )<br>  )<br>CHRISTOPHER PATRICK HERON,  )<br>CORPORATION OF THE BANKHOUSE, INC.,  )<br>SOCIETE BANKHOUSE, and  )<br>JAMES F. POMEROY, II,  )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO.<br>04-10024-RWZ |

**NOTICE OF APPEARANCE**

Please enter my appearance for plaintiff-intervenors in the above entitled civil action.

                                        _____S/_____
                                        Charles P. Kazarian, P.C.
                                        77 North Washington Street
                                        Boston, MA 02114
                                        (617) 723-6676
                                        BBO No, 262660

Dated: August 4, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of August, 2004 the attached Complaint Of Plaintiff-Intervenors was served by delivering copies thereof to the United States Post Office in envelopes properly addressed and First Class postage prepaid, which envelopes were addressed as follows:

Larry Ewers  
c/o Alan M. Spiro, Esq.  
Edwards and Angell, LLP  
101 Federal Street  
Boston, Massachusetts 02110  

Corporation Of The Bankhouse, Inc.  
Societe Bankhouse  
James F. Pomeroy  
11 Meadow Haven Drive  
Mashpee, Massachusetts 02649  

Christopher Patrick Heron  
21 Dale House, Boundary Road  
London, NW8, United Kingdom  

_____  
Charles P. Kazarian