UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-10024-RWZ |
| ) | |
| HOWARD EUGENE LINER, CREDITORS ) | |
| COMMITTEE OF THE BANKRUPTCY ESTATE ) | |
| OF CHRISTOPHER PATRICK HERON, AH PING ) | |
| BAN, FLAMECREST ENTERPRISES LIMITED ) | |
| TRUST, BLATZ RUDOLPH WOLFENSBERGER ) | |
| TRUST, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER PATRICK HERON, ) | |
| CORPORATION OF THE BANKHOUSE, INC., ) | |
| SOCIETE BANKHOUSE, and ) | |
| JAMES F. POMEROY, II, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO ENTER APPEARANCE PRO HAC VICE**

Local counsel for plaintiff-intervenors hereby moves pursuant to Local Rule 83.5.3 (b) on behalf of Thomas L. Kummer, Esq. for leave to appear before this court pro hac vice, and states as grounds therefore:

1. Local counsel has filed his own notice of appearance in this case;

2. Attorney Kummer submits herewith the required certificate.

3. Attorney Kummer has been representing plaintiff-intervenors for a lengthy period of time in this country and abroad, and is intimately familiar with the factual and legal background of this case.

Wherefore, local counsel respectfully moves for admission of attorney Kummer pro hac vice.

Dated: August 4, 2004                                  Plaintiff-Intervenors
                                                       By their attorney


                                                       _____
                                                       Charles P. Kazarian, P.C.
                                                       77 North Washington Street
                                                       Boston, MA 02114
                                                       (617) 723-6676
                                                       BBO No. 262660


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of August, 2004 the attached Complaint Of Plaintiff-Intervenors was served by delivering copies thereof to the United States Post Office in envelopes properly addressed and First Class postage prepaid, which envelopes were addressed as follows:

Larry Ewers                                            Corporation Of The Bankhouse, Inc.
c/o Alan M. Spiro, Esq.                                Societe Bankhouse
Edwards and Angell, LLP                                James F. Pomeroy
101 Federal Street                                     11 Meadow Haven Drive
Boston, Massachusetts 02110                            Mashpee, Massachusetts 02649

Christopher Patrick Heron
21 Dale House, Boundary Road
London, NW8, United Kingdom


                                                       _____
                                                       Charles P.   Kazarian