UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-10024-RWZ |
| ) | |
| HOWARD EUGENE LINER, CREDITORS ) | |
| COMMITTEE OF THE BANKRUPTCY ESTATE ) | |
| OF CHRISTOPHER PATRICK HERON, AH PING ) | |
| BAN, FLAMECREST ENTERPRISES LIMITED ) | |
| TRUST, BLATZ RUDOLPH WOLFENSBERGER ) | |
| TRUST, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER PATRICK HERON, ) | |
| CORPORATION OF THE BANKHOUSE, INC., ) | |
| SOCIETE BANKHOUSE, and ) | |
| JAMES F. POMEROY, II, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE IN SUPPORT OF MOTION FOR ADMISSION
PRO HAC VICE OF THOMAS L. KUMMER**

Now comes Thomas L. Kummer, who certifies under oath as follows:

1.  I am an attorney duly licensed to practice law in the State of North Carolina with North Carolina Bar License 5708. I maintain an office for the practice of law at 706 Brookdale Drive, Statesville, North Carolina 28677.

2.  I am in good standing as a member of the Bar of the Supreme Court of North Carolina, and the bars of the Federal District Court For The Western District Of North

1

Carolina, the Federal District Court For The Eastern District Of North Carolina, the United States Fourth Circuit Court Of Appeals, and the United States Tax Court.

3. There are no complaints pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August 4, 2004

                                                  S/
                                    Thomas L. Kummer
                                    706 Brookdale Drive
                                    Statesville, North Carolina 28677

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of August, 2004 the attached Complaint Of Plaintiff-Intervenors was served by delivering copies thereof to the United States Post Office in envelopes properly addressed and First Class postage prepaid, which envelopes were addressed as follows:

Larry Ewers
c/o Alan M. Spiro, Esq.
Edwards and Angell, LLP
101 Federal Street
Boston, Massachusetts 02110

Corporation Of The Bankhouse, Inc.
Societe Bankhouse
James F. Pomeroy
11 Meadow Haven Drive
Mashpee, Massachusetts 02649

Christopher Patrick Heron
21 Dale House, Boundary Road
London, NW8, United Kingdom

                                                  Charles P. Kazarian