UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LARRY EWERS,<br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II,<br>    Defendants. | CIVIL ACTION<br>NO. 04-10024-RWZ |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO INTERVENORS' MOTION TO INTERVENE AND RELATED MOTION

Plaintiff Larry Ewers moves to extend by one week, to August 25, 2004, the time for opposing the Motion to Intervene and associated Motion for Leave to Enter Appearance Pro Hac Vice of Thomas L. Kummer, filed by certain proposed Intervenors, *viz.*, Howard Eugene Liner, Creditors Committee of the Bankruptcy Estate of Christopher Patrick Heron, Ah Ping Ban, Flamecrest Enterprises Limited Trust, and Blatz Rudolph Wolfensberger Trust.

As grounds for this Motion, Plaintiff's counsel states (a) that the subject motion presented serious issues requiring both factual investigation in the United States and the United Kingdom, as well as legal research, and (b) that this brief extension will not delay proceedings in this case at all, as Plaintiff's oppositions will be submitted nearly a week before the conference currently scheduled for August 31, 2004.

Pursuant to Local Rule 7.1(A)(2), Plaintiff's counsel hereby certifies that on August 17,

2004, he conferred with Mr. Charles P. Kazarian, counsel for the Intervenors by telephone, and that Mr. Kazarian courteously agreed by return telephone call to an extension of time to respond to the subject Motions.

LARRY EWERS,

By his attorneys,

_____
Alan M. Spiro  (BBO No. 475650)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
(617) 439-4444

Dated: August 19, 2004

## CERTIFICATE OF SERVICE

I, Alan M. Spiro, hereby certify that on August 19, 2004, I served a true copy of the above document by fax and by first class mail upon Charles P. Kazarian, counsel for the Intervenors, at 77 North Washington Street, Boston, Massachusetts 02114, and upon all other parties to the case by first class mail.

_____
Alan M. Spiro  (BBO No. 475650)