LAW OFFICE OF
# CHARLES P. KAZARIAN, P.C.
77 NORTH WASHINGTON STREET
Suite 200
BOSTON, MASSACHUSETTS, 02114

CHARLES P. KAZARIAN, P.C.　　　　　　　　　　　　　　　　　　　　TELEPHONE (617) 723-6676
INTERNET: kazchaz@aol.com　　　　　　　　　　　　　　　　　　　　FACSIMILE  (617) 723-8170


August 31, 2004

**By Electronic Filing Only**

Ms. Lisa Urso
United States District Court
1 Courthouse Way
Boston, MA 02110

　　　　Re: <u>Ewers v. Heron, et al</u>.

Dear Ms. Urso:

　　　　The parties, by which I mean the plaintiff and the proposed plaintiff-intervenors, have agreed to attempt to resolve their differences via negotiation. Accordingly, we have agreed to postpone the hearing you scheduled for September 9 at 9:30 a.m.

　　　　We understand that Judge Zobel will be away for two weeks thereafter. In the event we are unable to resolve our differences amicably, we will request that you schedule us for hearing at the convenience of the court after her return to the bench.

　　　　We will inform you of our progress. If any of this is problematic, kindly let us know at your earliest convenience.

　　　　　　　　　　　　　　　　　　　Very truly yours,


　　　　　　　　　　　　　　　　　　　Charles P. Kazarian

cc:　　Alan Spiro, Esq.
　　　　Thomas Kummer, Esq.
　　　　Alex Pladott