UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
LARRY EWERS,                        )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )    CIVIL ACTION NO.
                                    )    04-10024-RWZ
                                    )
HOWARD EUGENE LINER, CREDITORS      )
COMMITTEE OF THE BANKRUPTCY ESTATE  )
OF CHRISTOPHER PATRICK HERON, AH PING)
BAN, FLAMECREST ENTERPRISES LIMITED )
TRUST, BALZ RUDOLPH WOLFENSBERGER   )
TRUST,                              )
                                    )
    Plaintiff-Intervenors,          )
                                    )
    v.                              )
                                    )
CHRISTOPHER PATRICK HERON,          )
CORPORATION OF THE BANKHOUSE, INC., )
SOCIETE BANKHOUSE, and              )
JAMES F. POMEROY, II,               )
                                    )
    Defendants.                     )
_____)

AFFIDAVIT OF THOMAS L. KUMMER IN RESPONSE TO
OPPOSITION TO PRO HOC VICE APPLICATION

    Now comes Thomas L. Kummer ("Kummer"), and states under oath as follows according to his own personal knowledge:

1.    Kummer is an attorney licensed to practice law in the State of North Carolina with North Carolina Bar License 5708.

1

2.	Kummer is in good standing as a member of the Bar of the Supreme Court of North Carolina, and there are no complaints pending against him in any court or before the North Carolina State Bar.

3.	Kummer is a member in good standing of the Federal District Court For The Western District Of North Carolina, the Federal District Court For The Eastern District Of North Carolina, the United States Fourth Circuit Court Of Appeals, and the United States Tax Court.

4.	Kummer has never been indicted for nor convicted of any Federal, State or Local crime, except for minor traffic offenses.

5.	Kummer has applied for and received pro hoc vice admission before the Federal District Court For The District Of Nevada, and the Federal District Court For The Northern District Of Ohio within the last five years.  No court has declined to admit Kummer pro hoc vice.

6.	In 1995 an Information was filed against Kummer in the Federal District Court For The Southern District Of Georgia alleging violations of 18 U.S.C. Section 1954.  No indictment was ever sought by the United States although indictment was required.  The Information was dismissed with prejudice by the District Court in 1997 and no trial was ever pursued by the United States.

7.	The North Carolina State Bar reviewed the data provided by the United States with respect to the allegations contained in the Information filed in the Federal District Court For The Southern District Of Georgia as described in paragraph 6 hereof and concluded that there was no basis therein for disbarment.

8. Kummer has never been disbarred by the North Carolina State Bar and has been admitted to practice before the Supreme Court Of The State Of North Carolina since 1973.

Signed under the penalty of perjury this the 20th day of October, 2004.

/s/Thomas L. Kummer

Thomas L. Kummer
706 Brookdale Drive
Statesville, North Carolina 28677