

## BANKRUPTCY ORDER

IN THE HIGH COURT OF JUSTICE           NO: 1625 - 2002
IN BANKRUPTCY

**DEPUTY REGISTRAR BRIGGS**

**RE: CHRISTOPHER PATRICK HERON**

UPON THE PETITION of HSIN-MING CHUO OF 20F NO 183 CHUNG HSIA EAST ROAD SEC 2 TAIPEI TAIWAN AND HOWARD EUGENE LINER OF 21403 CRYSTAL GREENS KATY TEXAS 77450 USA

Creditors which was presented on the 4th March 2002

AND UPON HEARING the Solicitor for the Petitioner and the Debtor not being present or represented

AND UPON READING the evidence

IT IS ORDERED that CHRISTOPHER PATRICK HERON OF 21 DALE HOUSE BOUNDARY ROAD ST JOHN'S WOOD LONDON NW8 0JB CURRENTLY A FINANCIAL DEALER AND CONSULTANT be adjudged bankrupt

And the Court being satisfied that the EC Regulation does apply and that these proceedings are MAIN proceedings as defined in Article 3 of the Regulation

DATED THIS: 18th June 2002

TIME: 11:47

### IMPORTANT NOTICE TO BANKRUPT

The/ One of the/ Official Receiver(s) attached to the Court is by virtue of this Order Receiver and Manager of the Bankrupt's estate. You are required to attend upon the Official Receiver of the Court at **THE OFFICIAL RECEIVER, 21 BLOOMSBURY STREET, LONDON, WC1B 3SS** immediately after you have received this Order. The Official Receiver's offices are open Monday to Friday (except on Holidays) from 10.00 to 16.00 hours.

### ENDORSEMENT ON ORDER

The Solicitor to the Petitioning Creditor is:

Address:  ANTHONY FELDMAN & CO
          40 MANCHESTER STREET
          LONDON
          W1U 7LL
Telephone: 020 7935 2718
Reference: 30 KB 1756

AMENDED UNDER THE SUP RULE BY Permission OF Deputy REGISTRAR SHEKERDEMIAN GIVEN 21ST JUNE 2002.