## POWER OF ATTORNEY AND MANDATE

THAT HOWARD EUGENE LINER, being one and the same person as H.E. Liner and Howard E. Liner, a resident of Rosenberg, Fort Bend County, Texas, United States of America, has made, constituted, and appointed, and by these presents does make constitute, mandate, and appoint LARRY EWERS as his true and lawful Attorney-In-Fact and Mandate for me and to act in my place, and stead for the sole and limited purpose of doing any and every act, and exercise any and every power, that I might or could do, and that may be reasonably necessary regarding the following matters:

Cause No. 384-SD-2001; In the High Court Of Justice In Bankruptcy; RE: Christopher Patrick Heron and Hsin-Ming Chuo and Howard Eugene Liner

Cause No. 1625 of 2002; In The High Court Of Justice In Bankruptcy; RE: Christopher Patrick Heron

To do any and every act, and exercise any and every power, that I may have that the Attorney-In-Fact and Mandate shall deem proper or advisable, intending hereby to vest in the Attorney-In-Fact and Mandate the power of attorney for conducting any and all business relating to the claims and causes of action asserted by me against Christopher Patrick Heron before the Court in the above referenced matters, including without limiting the generality of the foregoing, the full right and authority to compromise and settle said matters.

This Power Of Attorney And Mandate shall not terminate on my disability, is irrevocable, and coupled with an interest and shall only terminate upon the full and final adjudication, resolution, settlement, and disposal of the referenced matters.

POWER OF ATTORNEY AND MANDATE
Page 1

*(Initial)*

I agree that anyone dealing with said Attorney-In-Fact and Mandate may rely upon the statement(s) of such Attorney-In-Fact and Mandate, that this Power Of Attorney and Mandate has not been revoked or modified in any manner.

Any action so taken, unless otherwise invalid or unenforceable, shall be binding upon me and my heirs or assigns. An affidavit, executed by the Attorney-In-Fact and Mandate stating that he does not have, at the time of doing an act pursuant to this Power Of Attorney and Mandate, actual knowledge of the revocation or termination of this Power Of Attorney and Mandate is, in the absence of fraud, conclusive proof of the non-revocation and non-termination of the power at that time.

I hereby ratify and confirm that my Attorney-In-Fact and Mandate shall lawfully do, or cause to be done by virtue of this Power Of Attorney and Mandate along with the rights and powers granted herein, all acts necessary to in the prosecution of the claims asserted in the referenced matter. I hereby indemnify and hold harmless, and I further authorize said Attorney-In-Fact and Mandate to indemnify and hold harmless any third party who accepts and acts under this Power Of Attorney and Mandate against any and all claims, demands, losses, damages, actions and causes of action, including expenses, costs, and reasonable attorneys' fees which such third party may incur in connection with his reliance on this Power Of Attorney and Mandate.

POWER OF ATTORNEY AND MANDATE
Page 2

(initial)

I hereby bind myself to indemnify and hold harmless said Attorney-In-Fact and Mandate against any and all claims, demands, losses, damages, actions and causes of action, including expenses, costs, and reasonable attorneys' fees which its attorney, at any time, may sustain or incur directly with carrying out the authority granted to him in this Power Of Attorney and Mandate.

This Power Of Attorney and Mandate shall be construed pursuant to the laws of the State of Texas.

IN WITNESS WHEREOF, Howard Eugene Liner executes this Power Of Attorney and Mandate on this the 21st of May, 2002, which shall become effective as of the 11th day of January, 2002 for all purposes.

_____
Howard Eugene Liner

THE STATE OF TEXAS §
                   §
COUNTY OF HARRIS   §

This instrument was acknowledged before me on the ___ day of May, 2002, by Howard Eugene Liner.



_____
Notary Public In And For
The State Of Texas

POWER OF ATTORNEY AND MANDATE
Page 3

(Initial)