**THIS DEED** is made the 22 day of January 2003

**BETWEEN:**

(1) **MALCOLM BARRY HARRIS** of 4 Dancastle Court 14 Arcadia Avenue London N3 2HS ("Mr Harris")

(2) **LARRY EWERS** of 13726 Suntan Avenue Corpus Christi Texas 78418 USA ("Mr Ewers")

(3) **ALEXANDER PLADOTT** of 20000 Winnetka Place Woodland Hills California 91364 USA ("Mr Pladott")

**WHEREAS:**

(1) Mr Harris is the Trustee in Bankruptcy under a Certificate of Appointment issued by the Secretary of State of Christopher Patrick Heron ("Mr Heron") against whom a Bankruptcy Order was made on 18th June 2002 in the High Court of Justice reference to the record number 1625 of 2002 ("the Bankruptcy Proceedings")

(2) Howard Eugene Liner ("Mr Liner") is a creditor of Mr Heron and Mr Ewers is the Attorney of Mr Liner under a Power of Attorney granted by Mr Liner to Mr Ewers.

(3) Mr Pladott is a creditor of Mr Heron

(4) Mr Ewers, on behalf of Mr Liner and Mr Pladott wish to cooperate with and assist Mr Harris in securing assets located outside the United Kingdom that may properly belong to Mr Harris as Trustee in Bankruptcy for Mr Heron.

**NOW THIS DEED WITNESSETH** as follows:

1. The parties hereto may open an account at a bank in the USA to be arranged by Mr Ewers ("the Bank Account") in order that assets recovered outside the United Kingdom may be paid into the Bank Account pending a determination by the proper authorities as to their true ownership.

2. Monies so recovered as aforesaid shall be held in the Bank Account until it is established that they belonged to Mr Heron and have vested in Mr Harris whereupon (but not otherwise) such monies shall be held for the benefit of the Estate of Mr Heron in Bankruptcy

3. The Bank Account shall be operated upon and with the joint signatures and joint instructions of the parties hereto

4. No payments shall be made from the Bank Account without the prior written agreement of all the parties

5. Mr Ewers and Mr Pladott and their respective successors in title agree to indemnify and hold Mr Harris harmless from all losses, costs, damages or liabilities from any third party whatsoever arising by reason of:

5.1 the opening and operating of the Bank Account or which may be made against Mr Harris in relation thereto

5.2 legal costs and disbursements arising from such proceedings in the United Kingdom undertaken by Mr Harris as Trustee which Mr Ewers and Mr Pladott have requested Mr Harris to undertake.



6. This agreement shall in all respects be interpreted in accordance with and governed by English Law

**IN WITNESS** whereof the parties hereto have caused this document to be executed as a deed and it is intended to be and is hereby delivered on the date first before written

**SIGNED AS A DEED AND DELIVERED** )
by the said **MALCOLM BARRY HARRIS** )
in the presence of: Susan Stone )

**SIGNED AS A DEED AND DELIVERED** )
by the said **LARRY EWERS** in the )
presence of: Susan Stone )

**SIGNED AS A DEED AND DELIVERED** )
by the said **ALEXANDER PLADOTT** in )
the presence of: Susan Stone )