UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS,<br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II,<br>Defendants. | CIVIL ACTION<br>NO. 04-10024-RWZ |

## MOTION TO ADMIT CHARLES A. SHARMAN
## *PRO HAC VICE* AS CO-COUNSEL FOR THE PLAINTIFF

Pursuant to Local Rule 85.5.3, Alan M. Spiro, counsel for the Plaintiff, Larry Ewers, moves that the Court grant attorney Charles A. Sharman, whose office is located at Nine Greenway Plaza, Suite 3040, Houston, Texas, leave to practice in this Court for the purposes of this case. In support of this Motion, Alan M. Spiro states:

1. I am a member of good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. Pursuant to Local Rule 83.5.2(a), I have filed my notice of appearance in this case.

2. The Certificate of Mr. Charles A. Sharman, attesting that: (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts, is filed herewith.

WHEREFORE, Alan M. Spiro requests that this Court allow attorney Charles A. Sharman leave to appear in this action *pro hac vice* as co-counsel for the Plaintiff.

LARRY EWERS

By his attorney,

_____
Alan M. Spiro (BBO No. 475650)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
617.951.2204

Dated: October 26, 2004

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 10/26/04

- 2 -

_465540_1/