UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY EWERS,
    Plaintiff,

v.

CHRISTOPHER PATRICK HERON,
CORPORATION OF THE BANKHOUSE, INC.,
SOCIETE BANKHOUSE, and
JAMES F. POMEROY, II,
    Defendants.

CIVIL ACTION
NO. 04-10024-RWZ

CERTIFICATE OF CHARLES A. SHARMAN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
AS COUNSEL FOR THE PLAINTIFF

I, Charles A. Sharman, on oath depose and state as follows:

1. I am an attorney licensed to practice law in the State of Texas. My State Bar of Texas identification number is SBOT No. 18114400. My office is located at Nine Greenway Plaza, Suite 3040, Houston, Texas.

2. I was admitted to the State Bar of Texas in 1978. I am also admitted to practice in the United States District Court for the Southern District of Texas and the United States Court of Appeals for the Fifth Circuit.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been provided with a copy of, and am familiar with, the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 26th day of October, 2004.

*[signature]*

Charles A. Sharman
SBOT No. 18114400
Nine Greenway Plaza, Suite 3040
Houston, Texas 77046
Tel. 713.655.1195
Fax. 713.655.1197

Dated: October 26, 2004

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL AND ON 10/26/04

*[signature]*