LAW OFFICE OF

# CHARLES P. KAZARIAN, P.C.

77 NORTH WASHINGTON STREET
Suite 200
BOSTON, MASSACHUSETTS, 02114

| | |
|---|---|
| CHARLES P. KAZARIAN, P.C. | TELEPHONE (617) 723-6676 |
| INTERNET: kazchaz@aol.com | FACSIMILE  (617) 723-8170 |

November 3, 2004

BY ECF FILING ONLY

Hon. Rya W. Zobel
United States District Court
1 Courthouse Way
Boston, MA 02110

    Re:    <u>Ewers v. Heron, et al</u>.
             C. A. No. 04-10024 RWZ

Dear Judge Zobel:

      In compliance with your directive that counsel submit a proposed form of judgment along the lines you indicated, I have done so by attachment hereto. I will make myself available at the convenience of the Court if it is felt that a hearing on the proper form of judgment is required.

                                    Very truly yours,

                                      /s/Charles P. Kazarian

                                      Charles P. Kazarian

cc:    Alex Pladott
         Thomas Kummer, Esq.
enc:   Judgment