UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
LARRY EWERS,                                )
                                            )
    Plaintiff,                              )
                                            )
    v.                                      )    CIVIL ACTION NO.
                                            )    04-10024-RWZ
HOWARDEUGENE LINER, CREDITORS               )
COMMITTEE OF THE BANKRUPTCY ESTATE          )
OF CHRISTOPHER PATRICK HERON, AH PING       )
BAN, FLAMECREST ENTERPRISES LIMITED         )
TRUST, BALZ RUDOLPH WOLFENSBERGER           )
TRUST,                                      )
                                            )
    Plaintiff-Intervenors,                  )
                                            )
    v.                                      )
                                            )
CHRISTOPHER PATRICK HERON,                  )
CORPORATION OF THE BANKHOUSE, INC.,         )
SOCIETE BANKHOUSE, and                      )
JAMES F. POMEROY, II,                       )
                                            )
    Defendants.                             )
_____)

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of a letter to the Honorable Rya W. Zobel, and a proposed <u>Judgment</u> in this action, upon Alan Spiro, Esquire by regular mail.

                                              /s/Charles P. Kazarian
                                              Charles P. Kazarian, P.C.
                                              77 N. Washington Street
                                              Boston, MA 02114
                                              BBO No. 262660
                                              (617) 723-6676