UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS,<br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II,<br>    Defendants. | CIVIL ACTION<br>NO. 04-10024-RWZ |

## PLAINTIFF'S MOTION TO STRIKE
## PROPOSED FORM OF FINAL JUDGMENT
## SUBMITTED BY PROPOSED INTERVENORS

Plaintiff Larry Ewers moves to strike the proposed form of judgment filed by the proposed intervenors' counsel, without motion, by letter dated November 3, 2004. As grounds for his motion, Ewers states:

1. On November 2, 2004, this Court (Zobel, U.S.D.J.) entered an Order (the "November 2 Order") denying the proposed intervenors' Motion to Intervene, and further ordering:

> "Counsel shall submit a form of default judgment against all existing defendants that shall include a clause prohibiting plaintiff from disbursing any funds collected without notice to the proposed intervenors and approved by the court."

The following day, the proposed intervenors' counsel filed a form of proposed judgment. That proposed judgment is fundamentally inaccurate, contrary to this Court's November 2 Order, and overreaching, both in its caption and in its substance.

2. With respect to its caption, the proposed judgment includes the proposed intervenors as named parties, despite the Court's denial of their motion to intervene.

3. With respect to <u>substance</u>, the proposed judgment is constructed as if the Court's Order had been the exact opposite of what it was in fact – as if the Court had not merely allowed intervention, but, in addition, had granted all of the injunctive relief sought by the proposed intervenors. The proposed judgment ignores both the Court's comments from the bench at hearing on October 28, and the straightforward direction of the Court's November 2 Order. The proposed judgment reflects a willful refusal to accept the simple truth that "'no' means 'no'."

4. Ewers is filing, simultaneously herewith, a motion for entry of final judgment and proposed form of Judgment which, we respectfully submit, adheres more faithfully to the Court's direction from the bench and the Court's instruction in the November 2 Order.

> LARRY EWERS,
> By his attorneys,
>
> _____
> Alan M. Spiro (BBO No. 475650)
> EDWARDS & ANGELL, LLP
> 101 Federal Street
> Boston, Massachusetts 02110
> 617.951.2204 (Direct Dial)
> 888.325.9124 (Direct Fax)
> *aspiro@EdwardsAngell.com*

## CERTIFICATE OF SERVICE

I, Alan M. Spiro, hereby certify that on November 9, 2004, I served a true copy of the above document upon Charles P. Kazarian, counsel for the proposed intervenors, by facsimile and first class mail, postage pre-paid; upon the defendant Christopher Patrick Heron, by first class mail addressed to his admitted residence at 21 Dale House, Boundary Road, London, NW8, United Kingdom; and upon the defendants James F. Pomeroy, individually and Corporation of the BankHouse, Inc., by first class mail to James F. Pomeroy, individually and as President of Corporation of the BankHouse, each at 11 Meadow Haven Drive, Mashpee, MA 02649.

_____
Alan M. Spiro (BBO No. 475650)

BOS_467002_1/ASPIRO