UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY EWERS,
    Plaintiff,

v.

CHRISTOPHER PATRICK HERON,
CORPORATION OF THE BANKHOUSE, INC.,
SOCIETE BANKHOUSE, and
JAMES F. POMEROY, II,
    Defendants.

CIVIL ACTION
NO. 04-10024-RWZ

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANTS CHRISTOPHER PATRICK HERON, CORPORATION OF THE BANKHOUSE, INC. AND JAMES F. POMEROY, II

Pursuant to Fed. R. Civ. P. 55(b)(1), and for the reasons stated in:

1. (Docket No. 10) Plaintiff's Motion for Entry of Final Judgment against Defendants Corporation of the BankHouse, Inc. and James F. Pomeroy, II entered on June 16, 2004;

2. (Docket No. 11) Affidavit of Alan M. Spiro in Support of Plaintiff's Motion for Entry of Final Judgment against Defendants Corporation of the BankHouse, Inc. and James F. Pomeroy, II, entered on June 16, 2004;

3. (Docket No. 13) Plaintiff's Motion for Entry of Final Judgment against Defendant Christopher Patrick Heron, entered on July 13, 2004;

4. (Docket No. 14) Affidavit of Alan M. Spiro in Support of Plaintiff's Motion for Entry of Final Judgment against Defendant Christopher Patrick Heron, entered on July 13, 2004;

Plaintiff Larry Ewers moves for entry of a default judgment against the Defendants Christopher Patrick Heron, Corporation of the BankHouse, Inc. and James F. Pomeroy, II, in the form submitted herewith as Exhibit A.

With respect to the final remaining 'defendant,' "Societe Bankhouse," Plaintiff states that on information and belief, the name "Societe Bankhouse" is a mere trade name for Corporation

of the BankHouse, Inc. Therefore, Plaintiff moves that the claims against "Societe Bankhouse" be dismissed, without prejudice, and that final and complete judgment enter against the other properly-named Defendants in the form submitted herewith.

<div style="margin-left: 40%">

LARRY EWERS,
By his attorneys,

_____
Alan M. Spiro (BBO No. 475650)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
617.951.2204 (Direct Dial)
888.325.9124 (Direct Fax)
*aspiro@EdwardsAngell.com*

</div>

## CERTIFICATE OF SERVICE

I, Alan M. Spiro, hereby certify that on November 9, 2004, I served a true copy of the above document upon Charles P. Kazarian, counsel for the proposed intervenors, by facsimile and first class mail, postage pre-paid; upon the defendant Christopher Patrick Heron, by first class mail addressed to his admitted residence at 21 Dale House, Boundary Road, London, NW8, United Kingdom; and upon the defendants James F. Pomeroy, individually and Corporation of the BankHouse, Inc., by first class mail to James F. Pomeroy, individually and as President of Corporation of the BankHouse, each at 11 Meadow Haven Drive, Mashpee, MA 02649.

<div style="margin-left: 40%">

_____
Alan M. Spiro (BBO No. 475650)

</div>

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS,<br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II,<br>    Defendants. | CIVIL ACTION<br>NO. 04-10024-RWZ |

## FINAL JUDGMENT

This action came on for hearing before the Court, the Honorable Rya W. Zobel, District Judge, presiding. Upon consideration of:

1. (Docket No. 1) The original Complaint in this action, filed on January 5, 2004 and entered on January 8, 2004 (the "Complaint");

2. (Docket No. 10) Plaintiff's Motion for Entry of Final Judgment against Defendants Corporation of the BankHouse, Inc. and James F. Pomeroy, II entered on June 16, 2004;

3. (Docket No. 11) Affidavit of Alan M. Spiro in Support of Plaintiff's Motion for Entry of Final Judgment against Defendants Corporation of the BankHouse, Inc. and James F. Pomeroy, II, entered on June 16, 2004;

4. (Docket No. 13) Plaintiff's Motion for Entry of Final Judgment against Defendant Christopher Patrick Heron, entered on July 13, 2004;

5. (Docket No. 14) Affidavit of Alan M. Spiro in Support of Plaintiff's Motion for Entry of Final Judgment against Defendant Christopher Patrick Heron, entered on July 13, 2004;

6. (Docket No. 18) Letter from Christopher Patrick Heron, entered July 29, 2004;

7. (Docket Nos. 22 and 23) Proposed Intervenors' Motion to Intervene and the Proposed Intervenors' Complaint of Intervenors;

8. (Docket Nos. 25, 29, 30, 33 and 34) Plaintiff's Opposition to the Proposed Intervenors' Motion to Intervene and the Plaintiff's and Proposed Intervenors' Supplemental Memoranda with respect to the Motion to Intervene; and

9. The arguments of the Plaintiff's and Proposed Intervenors' respective counsel at hearing on October 28, 2004;

the issues having been duly heard and a decision having been duly rendered, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. Judgment shall enter on behalf of Plaintiff Larry Ewers and against defendants Corporation of the BankHouse, Inc. and James F. Pomeroy, II for a sum certain of $4,480,000, on each of Counts I – IV of the Complaint, trebled to $13,440,000 on Count V of the Complaint, each as of January 5, 2004, the date of filing of the Complaint, together with interest as provided by law.

2. Judgment shall enter on behalf of Plaintiff Larry Ewers and against defendant Christopher Patrick Heron for the sum certain of $1,980,000,000 on each of Counts II – IV of the Complaint, trebled to $5,940,000,000 on Count V of the Complaint, each as of January 5, 2004, the date of filing of the original Complaint in this action, plus interest as provided by law.

3. Plaintiff Larry Ewers is prohibited from disbursing any funds collected in this action from any of the Defendants, without seven (7) days' prior written notice to the Proposed Intervenors, by their counsel, Charles P. Kazarian, and approval by this Court.

SO ORDERED.

_____
Rya W. Zobel, United States District Judge