UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| LARRY EWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-10024-RWZ |
| ) | |
| HOWARD EUGENE LINER, CREDITORS ) | |
| COMMITTEE OF THE BANKRUPTCY ESTATE ) | |
| OF CHRISTOPHER PATRICK HERON, AH PING ) | |
| BAN, FLAMECREST ENTERPRISES LIMITED ) | |
| TRUST, BALZ RUDOLPH WOLFENSBERGER ) | |
| TRUST, ) | |
| ) | |
| Proposed Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER PATRICK HERON, ) | |
| CORPORATION OF THE BANKHOUSE, INC., ) | |
| SOCIETE BANKHOUSE, and ) | |
| JAMES F. POMEROY, II, ) | |
| ) | |
| Defendants. ) | |

_____

**JOINT NOTICE OF APPEAL BY ALL PROPOSED PLAINTIFF INTERVENORS**

Notice is hereby given that all of the Proposed Plaintiff-Intervenors identified in the caption set forth hereinabove do hereby appeal to the United States Court of Appeals for the First Circuit from an order denying their Motion To Intervene entered in this

2

action on November 2, 2004.

Dated: November 23, 2004                    PROPOSED PLAINTIFF-INTERVENORS
                                            By their attorney,
                                            LAW OFFICES OF
                                            CHARLES P. KAZARIAN, P.C.

                                            /s/Charles P. Kazarian
                                            _____
                                            Charles P. Kazarian
                                            BBO#262660
                                            77 North Washington Street
                                            Boston, MA  02114
                                            (617) 723-6676