UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS,<br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II,<br>    Defendants. | CIVIL ACTION<br>NO. 04-10024-RWZ |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE
OPPOSITION TO DEFENDANT CHRISTOPHER PATRICK HERON'S
MOTION TO DISMISS FOR LACK OF JURISDICTION;
MOTION TO SET ASIDE DEFAULT; AND
MOTION TO DISMISS FOR LACK OF REAL PARTIES IN INTEREST**

Plaintiff Larry Ewers ("Ewers") requests a seven (7) business day extension of time, to and including December 10, 2004, to oppose the Motion to Dismiss for Lack of Jurisdiction; Motion to Set Aside Default; and Motion to Dismiss for Lack of Real Parties in Interest (the "Motion") filed by Defendant Christopher Patrick Heron ("Heron"). As grounds:

1. The Motion is a pastiche of misstatements of facts and inapposite applications of legal principles thereto. Although unsupported by Affidavit, it more resembles a defective motion for summary judgment than a motion to dismiss.

2. As is often the case, while the misstatements are foundationless and misleading, to respond concisely and definitively to them, with dispositive support, is a time-consuming process.

3. The undersigned lead counsel was not able to complete this process before departing on a Thanksgiving holiday previously scheduled to extend through December 4. The

undersigned will be back in the office on December 6. Counsel requests one business week to prepare and file a response to the Motion.

4. Given that Heron delayed more than seven (7) months, from April 7, 2004, the date of service of the Complaint upon him, until November 17, 2004, to file his untimely Motion, it would be unjust to deny a seven (7) business day extension of time to prepare a decisive response to that Motion.

WHEREFORE, Plaintiff requests a seven (7) business day extension of time, to and including December 10, 2004, to oppose the Motion.

LARRY EWERS

By his attorneys,

Alan M. Spiro  (BBO No. 475650)
Kenneth V. Nourse (BBO No. 655781)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 439-4444

Dated: November 24, 2004

## CERTIFICATE OF SERVICE

I, Alan M. Spiro, hereby certify that on November 24, 2004, I served a true copy of the above document by first class mail, postage pre-paid, upon:

Charles P. Kazarian
77 North Washington Street
Boston, Massachusetts 02114

Christopher Patrick Heron
21 Dale House, Boundary Road
London, NW8, United Kingdom

_469117_1/

James F. Pomeroy, individually and as President of
Corporation of the BankHouse, Inc.
11 Meadow Haven Drive
Mashpee, MA 02649

_____
Alan M. Spiro  (BBO No. 475650)