UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
LARRY EWERS,                               )
                                        )
    Plaintiff,                         )
                                        )
    v.                                  )    CIVIL ACTION NO.
                                        )    04-10024-RWZ
                                        )
HOWARD EUGENE LINER, CREDITORS    )
COMMITTEE OF THE BANKRUPTCY ESTATE )
OF CHRISTOPHER PATRICK HERON, AH PING )
BAN, FLAMECREST ENTERPRISES LIMITED  )
TRUST, BLATZ RUDOLPH WOLFENSBERGER  )
TRUST,                                  )
                                        )
    Plaintiff-Intervenors,          )
                                        )
    v.                                  )
                                        )
CHRISTOPHER PATRICK HERON,          )
CORPORATION OF THE BANKHOUSE, INC.,   )
SOCIETE BANKHOUSE, and             )
JAMES F. POMEROY, II,               )
                                        )
    Defendants.                      )
_____)

**MOTION TO WITHDRAW**

      Undersigned counsel hereby moves to withdraw his appearance as counsel for all proposed plaintiff-intervenors. As grounds therefore, counsel states that serious differences have arisen between himself and the two separate groups of proposed plaintiff-intervenors as to the conduct of this matter, and the appropriate attorney-client relationship, that render it impossible for counsel to continue in this action.

      There are several matters that remain to be determined by the court within this action, but none of them require the attention of counsel at this point. A <u>Notice of Appeal</u>

has been filed by undersigned counsel for proposed plaintiff-intervenors. The Court of Appeals has scheduled a C.A.M.P. Pre-Argument Settlement Conference for January 5, 2005, with confidential memoranda due by facsimile on December 28, 2004. The Court is requested to act promptly on the instant motion, so that proposed plaintiff-intervenors have sufficient time to obtain new counsel.

                                                  **/s/Charles P. Kazarian**
                                                  _____
                                                  Charles P. Kazarian, P.C.
                                                  77 North Washington Street
                                                  Boston, MA 02114
                                                  (617) 723-6676
                                                  BBO No, 262660

Dated: December 10, 2004