1st. February 2002

Anthony Feldman & Co
40 Manchester St,
London W1

RECEIVED
0 1 FEB 2002

Attn: Tony Feldman

RE: Agreement DD 17th. January 2002

Dear Sir,

In accordance with clause 4.2 of the above referenced agreement please find below my financial statement as of the 15th. January 2002.

Assets

| | |
|---|---|
| Corporate note obligations held through Syndicate 150 Societe BankHouse (net of any outstanding liabilities and charges) Current Sale Value* | 4,480,000.00 (USD) |
| Deposit a/c (dormant) Bank of Ireland | 100.00 (Euros) |
| Car | 8,000.00 (GBP) |

Liabilities

| | |
|---|---|
| Personal loan / credit card debt | 9,071.70 (GBP) |

70% of the net balance above expressed in USD equates to   3,135,000 (USD)

* A private placement of the syndicate and its assets is under negotiation, the figure stated above is the value that has been arrived at subject to final contract and includes current and/or accrued, rights or attachments in underlying transaction interests as of the 15th. January. Completion of due diligence and finalisation of the sale is scheduled for the week commencing February 18th.

The foregoing is furnished solely under the terms of the above referenced agreement and may not be circulated or used for any other purpose.

To the best of my knowledge I affirm that the foegoing is a true and accurate statement of my financial position as of the 15th, January 2002.

Signed:

*[signature]*

Chris Heron
21 Dale House,
Boundary Road,
London NW8 OJB