Certificate

| Claim No. | O2-10532 RWZ |
|---|---|
| Claimant | LARRY EWERT |
| Defendant | CHRISTOPHER PATRICK HERON |

[Stamp: A/C NO. 24206   07 APR 2004]

On the ....7th APRIL 2004.......................................... (insert date)

the .................................................................................. (insert title or description of documents served)

a copy of which is attached to this notice was served on (insert name of person served, including position i.e. partner, director if appropriate)

..........................................................................................

Tick as appropriate

☐ by first class post

☐ by Document Exchange

☐ by delivering to or leaving

☐ by handing it to or leaving it with

☐ by fax machine (...............time sent)
(you may want to enclose a copy of the transmission sheet)

☐ by e-mail

☑ by other means (please specify)   BY HAND

at (insert address where service effected, include fax or DX number or e-mail address)

21 DALE HOUSE
BOUNDARY ROAD,
LONDON
ENGLAND.

being the defendant's:

☑ residence     ☐ registered office

☐ place of business     ☐ other (please specify) .......................................

The date of service is therefore deemed to be ...7th APRIL 2004...... (insert date - see over for guidance)

I confirm that at the time of signing this Certificate the document has not been returned to me as undelivered.

Signed ........[signature]........
(Claimant)(Defendant)('s solicitor)('s litigation friend)

Date ...7th APRIL 2004

Position or ........................
office held
(if signing on behalf
of firm or company)   —