# **CERTIFICATE**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Hague Convention

That the document hereby described: Civil Court Action 02-10523-RWZ District of Massachusetts Plaintiff Larry Ewers vs Defendant Christopher Patrick Heron

was served on:     April 07, 2004 08.18
(Date)

to:     Christopher Patrick Heron
(Name)

at:     21 Dale House, Boundary Road, London, NW8

(Place)     (Address)

by the follow method authorized by Article 5: By personal delivery to Christopher Patrick Heron at the above address who accepted it voluntarily. The document referred to above was delivered and served to Christopher Patrick Heron, whom the Server knew previously, at his residence at the above the address.

Attached is the document establishing the service.
Description of the document:     Certificate of Service

_____     15/04/04
(Name and Title)     (Place at Date)

JOHN LEONARD (SOLICITOR)

STAMP or Seal

FINERS STEPHENS INNOCENT
Solicitors
179 Great Portland Street
London W1N 6LS