X 90

# Assets

2.1 Please list everything you own including assets of your business and its approximate amount or value.

You should answer all sections and, where appropriate, give more details of the assets when you answer the later questions shown. You should also notify the Official Receiver immediately if any of these assets are perishable goods.

| | | Details (if none owned, write "NONE") | Approximate amount or value £ |
|---|---|---|---|
| (a) | Cash in hand | NONE | |
| (b) | Cash held by anyone for you (such as a solicitor, accountant, relative or friend). Also give their name(s) and address(es) | NONE | |
| (c) | Cash in a bank, building society or similar account | See also question 3.2 on page 11  YES | 65 (99 Euros) |
| (d) | Household furniture | SETTEE, 2 ARM CHAIRS, TABLE AND 5 CHAIRS, 2 BUNK BEDS, 1 DOUBLE BED, 4 WARDROBES, 3 CHESTS OF DRAWERS | 600 |
| (e) | Motor vehicles | See also question 5.2 on page 13  CHRYSLER VOYAGER LE | 8000 |
| (f) | Money owed to you | See also question 6.2 on page 14  NONE | |
| (g) | Stock in trade | NONE | |

7

X 90

|   | | Details | Approximate amount or value £ |
|---|---|---|---|
| (h) | Machinery, plant and equipment | Computer, printer, scanner. | 400 |
| (i) | Fixtures and fittings | | |
| (j) | Freehold land and property, such as houses and other buildings, less any amount owing on mortgage | See also question 7.2 on page 16<br>NONE | |
| (k) | Leasehold land and property, such as houses and other buildings, less any amount owing on mortgage | See also question 7.2 on page 16<br>NONE | |
| (l) | Farming stock and crops | NONE | |
| (m) | Stocks, shares and other investments. (List companies unit trusts etc) | Private Investment Syndicate. Held and managed on a full discretionary basis by Corporation of the Bankhouse, Incorporated 30 Rowes Wharf. Boston, Mass. U.S.A. | 2,928,000<br>(USD to STG @ 1.53) |

8

# 9

|  | Details | Approximate amount or value £ |
|---|---|---|
| (n) Any property or sums due to you under any will or trust | NONE | |
| (o) National Savings, Premium Bonds (give the bond or certificate numbers) | NONE | |
| (p) Jewellery | WATCH<br>WEDDING RING | 30<br>20 |
| (q) Endowment or other life policies | See also question 8.2 on page 18<br>NONE | |
| (r) Pension policies and other pension entitlements | See also question 9.1 on page 19<br>NONE | |
| (s) Any other property or possessions of any description in any other part of the world | NONE | |

**Note:** You must take or send any documents relating to your assets to the Official Receiver. These may include such things as documents of title, share certificates, investments, life assurance documents, pension policies.

9

#90

## Bank accounts

3.1 In the last 2 years have you had any bank, building society, National Savings or similar accounts in your own name or jointly with anyone else?

Yes ☑    No ☐

3.2 If Yes, provide details of all accounts held (including dormant accounts)

| Name and address (including postcodes) of banks etc | Account number | Tick if your regular income is paid into this account | Name of joint account-holder (if applicable) | Balance of account | |
|---|---|---|---|---|---|
| | | | | Debit £ | Credit £ |
| Bank of Ireland Drumcondra Dublin 9. | 38960402 | | | | 6.- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total £ | |

(Total to be entered on page 7)

**Note:** Also include details of accounts with a debit (overdrawn) balance on pages 21-23.

**Remember:** These accounts may be frozen. If your regular income is paid into any of the above accounts, you must now make alternative arrangements with your bank and/or Official Receiver for dealing with this income.

11

x 90

# Motor vehicles

5.1 Do you own a motor vehicle or have you disposed of any motor vehicle in the last 6 months?   Yes ☑   No ☐

5.2 If Yes, give details

| Registration number | Make and model - include number of doors and type of vehicle, such as estate, hatchback also mileage and current condition | Insured See also Q8.4 | Estimated value of vehicle (a) | Finance outstanding (b) See also question 12.2 | Net value (a) - (b) |
|---|---|---|---|---|---|
| P923 NBY | CHRYSLER VOYAGER 4 DR ESTATE 42,000 FAIR | Yes ☑ No ☐ | £8,000 | NONE | £8,000 |
|  |  | Yes ☐ No ☐ |  |  |  |
|  |  |  |  | Total | £8,000 |

(Total should to be entered on page 7)

Where is the vehicle?

Does the vehicle have a valid MOT?   yes
Give a general view on the condition of the vehicle

Note: Give details of any insurance company at Q8.4 on page 18; list any outstanding finance at Q13.1 on pages 21-23

13

# 90

## List of creditors

| Name of creditor and any reference | Address (including postcode) | Amount owing £ | Date incurred | What was the debt for? |
|---|---|---|---|---|
| CAPITA CARD Ref 322400036002 | c/o LOGIC GROUP PLC 101 INDIA BLDGS VICTORIA ST EDINBURGH EH1 2YZ | 4,447.66 | 2001 | CREDIT CARD |
| HFC BANK PLC Ref 5924/059229-50 | c/o LEWIS GROUP LTD LAWRENCE HOUSE RIVERSIDE DRIVE CLECKHEATON WEST YORKSHIRE, BD19 0DH | 1,725.77 | 2000 | COMPUTER |
| BARCLAYCARD Ref: SA60/020228RK 16001886 | c/o MERCERS GRANITE HOUSE 97/101 CANNON ST LONDON EC4N 5AD | 2,963.93 | 2001 | CREDIT CARD |
| AH PINE BAN 231 OUTRAM RD 01-01 TARAG CHGRA BLDG SINGAPORE 169040 | 231 OUTRAM ROAD 01-01 TARAG CHERN BUILDING SINGAPORE 169040 | US$ 500 m | 3/12/99 | PROFIT |
| ALEXANDER PLADOTT AND ANTHONY STEPHEN FELDMAN | 20000 WINNETKA PLACE WOODLAND HILLS, CALIFORNIA 91364 USA 110 MANCHESTER STREET LONDON W1U 7LL | US$ 100 m | 14/4/00 | PROFIT |
| ALEXANDER PLADOTT AND ANTHONY STEPHEN FELDMAN | 20000 WINNETKA PLACE WOODLAND HILLS CALIFORNIA 91364 USA 110 MANCHESTER STREET LONDON W1U 7LL | US$ 110 m | 15/4/00 | PROFIT |
| Hsin-Ming Chuo AND HOWARD E. LINER Per Act 63 e | 2 OF NO 185 Chung Hsia EAST ROAD sec 2 TAIPEI, TAIWAN | US$ 1,980 br | 18/7/01 | PROFIT |

22

TOTAL P.10

※ 9°

| | 4 Dancastle Court | Telephone: 020 8343 3710 |
| | 14 Arcadia Avenue | Facsimile: 020 8343 4486 |
| | London N3 2HS | E-mail: insolvency@valentine-co.com |
| | | http://www.valentine-co.com |

Please ask for: Mr Harris

Your ref:

Our ref: MBH/DZ/H256

# Valentine & Co.

Bringing a positive approach to insolvency

Christopher Patrick Heron Esq
21 Dale House
Boundary Road
St John's Wood
LONDON NW8 OJB

**RECORDED DELIVERY: RB 5889 4277 3GB**

29th July 2002

Dear Mr Heron,

**YOUR AFFAIRS - HIGH COURT OF JUSTICE NUMBER 1625 OF 2002**

I refer to my letter of 4th July 2002 to which you were requested to reply within 21 days.

I await from you, as a matter of considerable urgency now, your comprehensive reply to that letter, please?

Yours faithfully,

*[signature]*

MALCOLM B HARRIS FCA
**TRUSTEE IN BANKRUPTCY**

**SENT BY POST + FAX: 7372 3760**

Robert Valentine FCA FABRP*   Mark Reynolds MIPA MABRP**   Philip Gautier MICM

Consultant: Malcolm B. Harris FCA MABRP*

* Licensed to carry on insolvency work by the Institute of Chartered Accountants in England & Wales   ** Licensed to carry on insolvency work by the Insolvency Practitioners Association

26th July 2002

Valentine & Co.
4 Dancastle Court
14 Arcadia Avenue
London N3 2HS

ATTN: M.B. Harris

Your Ref: MBH/DZ/H256

MALCOLM B HARRIS
30 JUL 2002
FILE H256

FAX → Tony 30UB1859
30/07/02

Dear Sir,

Please find below the information you requested:

1. My address: 21 Dale House, Boundary Road, London NW8 0JB
   Tel: 020 7372 3760 (day and night)

2. 21/3/50 (DOB). I do not have a national insurance number

3. I am a private investor. My sole asset is with Syndicate 150, Corporation of the BankHouse Inc., 30 Rowes Wharf, Boston Mass., USA 02110. James F. Pomeroy (CEO), tel : 001 617 719 3377 fax: 001 617 367 0002 The management of the investment is on a full discretionary basis by assignment to the corporation, any and all records and accounts of trading / investing are with the corporation.

4. I do not have an income and rely solely on my wife's earnings

5. Outgoings monthly:
   Rent: 379
   Housekeeping: 500
   Gas, electricity: 50
   Telephone: 130
   Travel: 240
   Council Tax: 45

Mr. Roderick Jones of BN Jackson Norton will be in touch with you on Wednesday 31st July regarding my affairs.

Yours sincerely,

Chris Heron