Sep 03 03 04:23p    Larry Ewers           361 949-8258           p.1

4 Dancastle Court  Telephone: 020 8343 3710
14 Arcadia Avenue  Facsimile: 020 8343 4486
London N3 2HS      E-mail: insolvency@valentine-co.com
                   http//www.valentine-co.com

Please ask for: Mr Harris

Your ref:
Our ref: MBH/JB/H256

# Valentine & Co.

Bringing a positive approach to insolvency

15 July 2002

### TO WHOM IT MAY CONCERN

Dear Sir/Madam

### CHRISTOPHER PATRICK HERON – IN BANKRUPTCY
### HIGH COURT OF JUSTICE NO.1625 OF 2002

By an Order made in the High Court of Justice, in Bankruptcy, Number 1625 of 2002, on 18th June 2002, Christopher Patrick Heron was adjudged bankrupt. A certified copy of the Bankruptcy Order is attached.

I was appointed Trustee of the estate of Christopher Patrick Heron with effect from 21st June 2002 pursuant to a Certificate of Appointment by the Secretary of State dated 24th June 2002. A certified copy of my appointment is attached.

I have appointed as my Solicitors to assist me in this administration the firm of Messrs Anthony Feldman & Co of 40 Manchester Street, London W1U 7LL.

All persons, firms and companies to whom this letter is sent are authorised and instructed to deal with my said Solicitors in all matters relating to the administration of the estate in such manner as my said Solicitor shall agree or direct.

Yours faithfully,

M.B.HARRIS FCA
TRUSTEE IN BANKRUPTCY

Case 1:04-cv-10024-RWZ    Document 48-15    Filed 12/15/2004    Page 2 of 7
Sep 19 2003 1:07PM    Texas Standard Oil              713-655-1197           p.7

Sep 03 03 04:23p     Larry Ewers                 361 949-8258            p.2



## BANKRUPTCY ORDER

FILED
18 JUN 2002

IN THE HIGH COURT OF JUSTICE                                NO: 1625 - 2002
IN BANKRUPTCY

DEPUTY REGISTRAR BRIGGS

RE: CHRISTOPHER PATRICK HERON

UPON THE PETITION of HSIN-MING CHUO
NO 183 CHUNG HSIA EAST ROAD SEC 2 TAIPEI TAIWAN AND HOWARD EUGENE
a Creditor which was presented on the 4th March 2002 LINER OF 21403 CRYSTAL GREENS, KATY, TEXAS 77450 USA

AND UPON HEARING the Solicitor for the Petitioner and the Debtor not being present or represented

AND UPON READING the evidence

IT IS ORDERED that CHRISTOPHER PATRICK HERON OF 21 DALE HOUSE BOUNDARY ROAD ST JOHN'S WOOD LONDON NW8 0JB CURRENTLY A FINANCIAL DEALER AND CONSULTANT be adjudged bankrupt

And the Court being satisfied that the EC Regulation does apply and that these proceedings are MAIN proceedings as defined in ~~Article 3 of the Regulation~~

DATED THIS: 18th June 2002

TIME: 11:47



CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

### IMPORTANT NOTICE TO BANKRUPT

The/ One of the/ Official Receiver(s) attached to the Court is by virtue of this Order Receiver and Manager of the Bankrupt's estate. You are required to attend upon the Official Receiver of the Court at THE OFFICIAL RECEIVER, 21 BLOOMSBURY STREET, LONDON, WC1B 3SS immediately after you have received this Order. The Official Receiver's offices are open Monday to Friday (except on Holidays) from 10.00 to 16.00 hours.

### ENDORSEMENT ON ORDER

The Solicitor to the Petitioning Creditor is:

Name:       ANTHONY FELDMAN & CO
Address:    40 MANCHESTER STREET
            LONDON
            W1U 7LL
Telephone:

18 JUN 2002

Sep 03 03 04:23p        Larry Ewers                361  949-8258           p.3

29/07 2002 11:27 FAX 0205 3434488      VALENTINE AND CO                    ☒005

| List of creditors | | | | |
|---|---|---|---|---|
| Name of creditor and any reference | Address (including postcode) | Amount owing £ | Date incurred | What was the debt for? |
| CAPITA CARD REF 322400036002 | c/o LOGIC GROUP PLC 101 INDIA BLDGS VICTORIA ST EDINBURGH EH1 2Y2 | 4,447.66 | 2001 | CREDIT CARD |
| HFC BANK PLC REF 5924/059229-50 | c/o LEWIS GROUP LTD LAWRANCE HOUSE, RIVERSIDE DRIVE CLECKHEATON WEST YORKSHIRE, BD19 4DH | 1,725.77 | 2002 | COMPUTER |
| BARCLAYCARD REF: 5R60/020228/RK 14 00 185C | c/o INTRUMS GRANITE HOUSE 97/101 CANNON ST LONDON EC4N 5AD | 2,463.93 | 2001 | CREDIT CARD |
| AH PING BAN 231 OUTRAM RD 01-01 TARAG CHERA BLDG SINGAPORE 169040 | 231 OUTRAM ROAD 01-01 TARAG CHERN Building SINGAPORE 169040 | US$ 500 m | 3/12/99 | PROFIT |
| ALEXANDER PLADOTT AND ANTHONY STEPHEN FELDMAN | 20000 WINNETKA PLACE WOODLAND HILLS, CALIFORNIA 91364 USA 40 MANCHESTER STREET LONDON W1U 7LL | US$ 100 m | 14/4/00 | PROFIT |
| ALEXANDER PLADOTT AND ANTHONY STEPHEN FELDMAN | 20000 WINNETKA PLACE WOODLAND HILLS CALIFORNIA 91360 USA 40 MANCHESTER STREET LONDON W1U 7LL | US$ 110 m | 15/4/00 | PROFIT |
| Hsin-Ming Chuo AND HOWARD E.LINER ROA Ap. 163 B | 20 F NO 185 Chung Hsia EAST ROAD Sec 4 TAIPEI, TAIWAN | US$ 1,750 B | 18/7/01 | PROFIT |
| | | | | |
| | | | | |

22                12

Sep 03 03 04:23p    Larry Ewers                361  949-8258           p.4

29/07 1002 11:26 FAX 0208 3404466    VALENTINE AND CO                  @003

| | Assets | |
|---|---|---|

2.1 Please list everything you own including assets of your business and its approximate amount or value.

You should answer all sections and, where appropriate, give more details of the assets when you answer the later questions shown. You should also notify the Official Receiver immediately if any of these assets are perishable goods.

| | | Details (if none owned, write "NONE") | Approximate amount or value £ |
|---|---|---|---|
| (a) | Cash in hand | NONE | |
| (b) | Cash held by anyone for you (such as a solicitor, accountant, relative or friend). Also give their name(s) and address(es) | NONE | |
| (c) | Cash in a bank, building society or similar account | See also question 3.2 on page 11  YES | 65 (99 Euros) |
| (d) | Household furniture | Sofas, 2 arm chairs, table and 8 chairs, 2 bunk beds, 1 double bed, 4 mattresses, 3 chests of drawers | 600 |
| (e) | Motor vehicles | See also question 5.2 on page 13  Chrysler Voyager LE | 8000 |
| (f) | Money owed to you | See also question 6.2 on page 14  NONE | |
| (g) | Stock in trade | NONE | |

7    7

Sep 03 03 04:24p    Larry Ewers                    361 949-8258             p.5

29/07 2002 11:27 FAX 9208 3434488    VALENTINE AND CO                       ⌀004

|   | Details | Approximate amount or value £ |
|---|---------|-------------------------------|
| (h) Machinery, plant and equipment | Computer, printer, scanner | 400 |
| (i) Fixtures and fittings | | |
| (j) Freehold land and property, such as houses and other buildings, less any amount owing on mortgage | See also question 7.2 on page 16<br>NONE | |
| (k) Leasehold land and property, such as houses and other buildings, less any amount owing on mortgage | See also question 7.2 on page 16<br>NONE | |
| (l) Farming stock and crops | NONE | |
| (m) Stocks, shares and other investments. (List companies unit trusts etc) | Private Investment Syndicate. Held and managed on a full discretionary basis by corporation of the Bankhouse, Incorporated 30 Rowes Wharf Boston, Mass. U.S.A. | 2,928,000<br>(USD to STG @ 1.53) |

8       8

Sep 03 03 04:24p    Larry Ewers    361 949-8258    p.6

29/07 2002 11:27 FAX 0208 5434488    VALENTINE AND CO    @005

| | Details | Approximate amount or value £ |
|---|---|---|
| (n) Any property or sums due to you under any will or trust | NONE | |
| (o) National Savings, Premium Bonds (give the bond or certificate numbers) | NONE | |
| (p) Jewellery | watch wedding ring | 30 20 |
| (q) Endowment or other life policies | See also question 8.2 on page 18 NONE | |
| (r) Pension policies and other pension entitlements | See also question 9.1 on page 19 NONE | |
| (s) Any other property or possessions of any description in any other part of the world | NONE | |

Note: You must take or send any documents relating to your assets to the Official Receiver. These may include such things as documents of title, share certificates, investments, life assurance documents, pension policies.

9       9

Sep 19 2003 1:11PM   Texas Standard Oil           713-655-1197          p.12

Sep 03 03 04:24p   Larry Ewers            361  949-8258          p.7

29/07 2002 11:27 FAX 0208 3434400   VALENTINE AND CO                    ☒006

## Bank accounts

**3.1** In the last 2 years have you had any bank, building society, National Savings or similar accounts in your own name or jointly with anyone else?   Yes ☑   No ☐

**3.2** If Yes, provide details of all accounts held (including dormant accounts)

| Name and address (including postcodes) of banks etc | Account number | Tick if your regular income is paid into this account | Name of joint account-holder (if applicable) | Balance of account | |
|---|---|---|---|---|---|
| | | | | Debit £ | Credit £ |
| BANK OF IRELAND DRUMCONDRA DUBLIN 9. | 33560402 | | | | 6~ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total | £ |

*(Total to be entered on page 7)*

**Note:** Also include details of accounts with a debit (overdrawn) balance on pages 21-23.

**Remember:** These accounts may be frozen. If your regular income is paid into any of the above accounts, you must now make alternative arrangements with your bank and/or Official Receiver for dealing with this income.

11                10