UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LARRY EWERS,<br><br>     Plaintiff<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, AND<br>JAMES F. POMEROY,<br><br>     Defendants<br><br>and<br><br>HOWARD EUGENE LINER, CREDITORS<br>COMMITTEE OF THE BANKRUPTCY<br>ESTATE OF CHRISTOPHER PATRICK<br>HERON, AH PING BAN, FLAMECREST<br>ENTERPRISES LIMITED TRUST, AND<br>BALZ RUDOLPH WOLFENSBERGER TRUST,<br><br>     Intervenors. | CIVIL ACTION<br>NO. 04-10024-RWZ |

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance on behalf of the Intervenors, Howard Eugene Liner, Creditors Committee of the Bankruptcy Estate of Christopher Patrick Heron, Ah Ping Ban, Flamecrest Enterprises Limited Trust, and Balz Rudolph Wolfensberger Trust.

_____
Isaac H. Peres, BBO #545149
50 Congress Street
Boston, MA 02109
(617) 722-0094

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2004, I served a copy of this document, by first class mail, upon the following:

Alan M. Spiro
Edwards & Angell
101 Federal Street
Boston, MA 02110

Charles P. Kazarian
77 North Washington Street
Boston, MA 02114

Thomas L. Kummer
706 Brookdale Drive
Statesville, North Carolina 28677

Charles A. Sharman
9 Greenway Plaza
Suite 3040
Houston, Texas 77046

_____
Isaac H. Peres