CA: 04-10024
J. Zobel

# United States Court of Appeals
## For the First Circuit

---

# MANDATE

No. 04-2620

LARRY EWERS,

Plaintiff, Appellee,

HOWARD EUGENE LINER; CREDITORS COMMITTEE OF THE
BANKRUPTCY ESTATE OF CHRISTOPHER PATRICK HERON;
AH PING BAN; FLAMECREST ENTERPRISES LIMITED TRUST;
BALZ RUDOLPH WOLFENSBERGER TRUST,

Movants, Appellants,

v.

CHRISTOPHER PATRICK HERON; CORPORATION OF THE
BANKHOUSE, INC.; SOCIETE BANKHOUSE; JAMES F. POMEROY, II,

Defendants.

---

**JUDGMENT**

Entered: August 11, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court order denying intervention is affirmed. Costs are allowed to Larry Ewers.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

/s/ Linda Barry
Deputy Clerk

Date: SEP 01 2005

By the Court:

RICHARD CUSHING DONOVAN

_____
Richard Cushing Donovan, Clerk

[cc: Mr. Spiro, Mr. Sharman, Mr. Silva, Mr. Nourse, & Mr. Peres.]