# LAW OFFICE OF ISAAC H. PERES

50 Congress Street<br>
Boston, Massachusetts 02109<br>
Phone (617) 722-0094<br>
Fax (617) 367-8840

September 9, 2005

Honorable Rya W. Zobel
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Larry Ewers v. Christopher Patrick Heron, et al.,
             Civil Action No. 04-10024-RWZ

Dear Judge Zobel:

    I respectfully request that you review and consider, prior to the entry of any default judgment in the above-mentioned case, the Motion filed by my client, Alexander Pladott, in a related case, Pladott v. Ewers, C.A. No. 05-10356-RWZ, to preclude the entry of the default judgment based upon a misrepresentation by Mr. Ewers regarding the service of the Summons and Complaint upon the Defendant, Christopher Patrick Heron [Docket Entry #18].

    Thank you for your attention to this matter.

Sincerely,<br><br>
Isaac H. Peres

cc:    Alan M. Spiro, Esquire