## Law Offices of Kevin R. Michaels, P.C.
*A Professional Corporation*
11767 Katy Freeway, Suite 730
Houston, Texas 77079

*Telephone* 281.496.9889             *Facsimile* 281.496.4211

January 17, 2006

**Via FedEx**
Hon. Judge Rya W. Zobel
United States District Court
John Joseph Moakley U.S. Court House
1 Courthouse Way, Suite 2300
Boston Massachusetts 02210

Re:  Civil Action No. 1:04-CV-10024-RWZ; *Larry Ewers v. Christopher Patrick Heron, et al*; In the United States District Court, District of Massachusetts, Boston Division.

Dear Judge Zobel:

Prior to any entry of judgment in the above-mentioned case, I respectfully request that you review and consider the amended counterclaim filed, a copy of which is attached for your review, by my client, Howard Eugene Liner, in a related case in Cause No. 2003-33307; *E.P.D. Management Company, L.L.C. and Larry Ewers v. Howard Eugene Liner*; In the 151st Judicial District Court, Harris County, Texas.

Mr. Liner is seeking a judgment against Larry Ewers and EPD Management Company LLC based upon their misrepresentations, fraud and breach of contract. These allegations directly relate to the claims Mr. Ewers has filed on behalf of Mr. Liner as his attorney-in-fact in the matter before you against Defendant Christopher Patrick Heron.

Thank you and should you have any questions, I am of course available to discuss them with you.

Sincerely,

Kevin R. Michaels

KRM:krm
Enclosure