UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY EWERS,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and JAMES F. POMEROY, II,<br><br>    Defendants. | CIVIL ACTION NO.<br>04-CV-10024-RWZ |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Kenneth Nourse as counsel for Plaintiff Larry Ewers in the above-referenced proceeding. Alan M. Spiro of Edwards & Angell Palmer & Dodge, LLP, will continue to represent Plaintiff in this action.

                    Respectfully Submitted,

                    /s/ Kenneth V. Nourse
                    Kenneth V. Nourse (BBO No. 655781)
                    EDWARDS ANGELL PALMER & DODGE, LLP
                    101 Federal Street
                    Boston, MA 02110
Dated: January 24, 2006      (617) 439-4444

BOS_520580_1.DOC/KNOURSE