# ROBERT D. GREEN & ASSOCIATES, P.C.

Attorneys at Law
440 Louisiana Street
Suite 1930
Houston, Texas 77002
(713) 654-9222 - Fax No. (713) 654-2155



Robert D. Green ‡
------------------------------------------------
‡ Board Certified Personal Injury Trial Law -
Texas Board of Legal Specialization

March 15, 2006

Honorable Judge Rya W. Zobel
U.S. District Court for the District
 of Massachusetts, Boston Division
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    C.A. No. 1:04-CV-10024-RWZ; *Larry Ewers v. Christopher Patrick Heron, et al.*; In the United States District Court for the District of Massachusetts, Boston Division

Dear Judge Zobel:

    I represent the International Children's Fund which has recently intervened in *Cause No. 2003-33307; E.P.D. Management Company L.L.C. and Larry Ewers, Plaintiffs vs. International Children's Fund, Intervenor, and Howard Eugene Liner, Defendant; In the 151st Judicial District Court of Harris County, Texas* as a real party of interest to the claims against Christopher Patrick Heron. I have read Your Honor's Order dated February 3, 2006, which states that you are awaiting the outcome of the litigation here in Houston, Texas. Please note our status as a claimant and party to the Houston litigation.

                              Respectfully,

                              Robert D. Green

cc:    Isaac H. Peres
        Law Offices of Isaac H. Peres
        50 Congress St., Ste. 225
        Boston, MA 02109
        fax number (617) 367-8840

cc:   Alan M. Spiro
      Edwards, Angell, Palmer & Dodge, L.L.P.
      101 Federal St.
      Boston, MA 02110
      fax number (617) 439-4170

cc:   Kenneth V. Nourse
      Edwards, Angell, Palmer & Dodge, L.L.P.
      111 Huntington Ave.
      Boston, MA 02199
      fax number (888) 325-9091