UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LARRY EWERS,

    Plaintiff,

v.

CHRISTOPHER PATRICK HERON., et al.

    Defendants.

Civil Action No. 04-10024-RWZ

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Alan M. Spiro, counsel to Plaintiff, Larry Ewers, has changed his address. Please cause all notices, pleadings and correspondence in this matter to be sent to the address below:

    Alan M. Spiro
    EDWARDS ANGELL PALMER & DODGE LLP
    111 Huntington Avenue
    Boston, Massachusetts 02199
    Direct Phone: 617.951.2204
    Direct Fax:    888.325.9124

    LARRY EWERS
    By his attorney,

Dated: May 5, 2006

    /s/ Alan M. Spiro
    Alan M. Spiro (BBO No. 475650)
    EDWARDS ANGELL PALMER & DODGE LLP
    111 Huntington Avenue
    Boston, Massachusetts 02199
    Direct Phone: 617.951.2204
    Direct Fax:    888.325.9124
    E-mail:      aspiro@eapdlaw.com