# ROBERT D. GREEN & ASSOCIATES, P.C.

Attorneys at Law
440 Louisiana Street
Suite 1930
Houston, Texas 77002
(713) 654-9222 - Fax No. (713) 654-2155

Robert D. Green ‡

‡ Board Certified Personal Injury Trial Law -
Texas Board of Legal Specialization

FILED
IN CLERKS OFFICE

2006 MAY 22  P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 19, 2006

Honorable Judge Rya W. Zobel
U.S. District Court for the District
 of Massachusetts, Boston Division
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    C.A. No. 1:04-CV-10024-RWZ; *Larry Ewers v. Christopher Patrick Heron, et al.*; In the United States District Court for the District of Massachusetts, Boston Division

Dear Judge Zobel:

    As indicated in my previous letter of March 15, 2006, I represent International Children's Fund-Rokha Parakey, Inc. ("ICF").

    This letter attempts to update the Court on the status of proceedings in the Houston, Texas case of *Cause No. 2003-33307; E.P.D. Management Company L.L.C. and Larry Ewers, Plaintiffs vs. International Children's Fund-Rokha Parakey, Inc., Intervenor, and Howard Eugene Liner, Defendant; In the 151ST Judicial District Court of Harris County, Texas.* ICF has intervened in that case to assert its 50% interest in the $1.98 billion claim against Christopher Heron which forms the basis of your case. I have enclosed a copy of the intervention.

    ICF's claim is based on the enclosed assignment by Howard Liner dated May 9, 2000 of 100% of his interest in the deal. Mr. Liner was an officer and director of ICF. ICF later assigned 50% of the proceeds back to Mr. Liner.

    Mr. Ewers moved to strike ICF's intervention but Judge Baker denied the motion. In his motion to strike, Mr. Ewers admitted that ICF owns an interest in the $1.98 billion claim: "ICF and Liner, exactly as Plaintiffs, are owners of undivided interests."

    Mr. Ewers has since that time entered into a formal agreement filed with the court

that ICF does indeed own an undivided interest in the claim making the basis of *C.A. No. 1:04-CV-10024-RWZ; Larry Ewers v. Christopher Patrick Heron, et al.; In the United States District Court for the District of Massachusetts, Boston Division.* See attached agreement.

I plan on filing a motion for leave to intervene in this case. I understand that the Court has already denied similar motions by Mr. Pladott and Mr. Liner. The Court has indicated that it would protect the potential interest of those two "proposed intervenors" in any judgment. The purpose of ICF's motion will be to preserve the claim by and at least obtain the status of "proposed intervenors" and hopefully secure the same protection.

Respectfully,

Robert D. Green

cc:   Charles P. Kazarian
      Law Offices of Charles P. Kazarian
      77 N. Washington Street
      Boston, MA 02114
      *Attorney for Intervenor-Plaintiff, Howard E. Liner*
      fax number (617) 723-8170

cc:   Isaac H. Peres
      Law Offices of Isaac H. Peres
      50 Congress St., Ste. 225
      Boston, MA 02109
      *Attorney for Intervenor-Defendants, Wolfensberger Trust, et al.*
      fax number (617) 367-8840

cc:   Alan M. Spiro
      Edwards, Angell, Palmer & Dodge, L.L.P.
      101 Federal St.
      Boston, MA 02110
      *Attorney for Plaintiff, Larry Ewers*
      fax number (617) 439-4170