# ROBERT D. GREEN & ASSOCIATES, P.C.

Attorneys at Law
440 Louisiana Street
Suite 1930
Houston, Texas 77002
(713) 654-9222 - Fax No. (713) 654-2155

Robert D. Green†
--------------------------------------------------
†Board Certified Personal Injury Trial Law -
Texas Board of Legal Specialization

FILED
IN CLERKS OFFICE

2006 MAY 22  P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 15, 2006

**VIA HAND DELIVERY**
Mr. Charles Bacarisse
Harris County District Clerk
201 Caroline
Houston, Texas 77002

Re:   Cause No. 2003-33307; **E.P.D. Management Company L.L.C. and Larry Ewers, Plaintiffs vs. International Children's Fund-Rokha Parakey, Inc., Intervenor, and Howard Eugene Liner, Defendant**; In the 151ST Judicial District Court of Harris County, Texas

Dear Mr. Bacarisse:

Enclosed for filing with regard to the above mentioned matter, please find the original and one copy of the following:

1.   **Supplement to May 12, 2006 Rule 11 Agreement filed by Plaintiffs on May 15, 2006.**

Please indicate filing in your usual manner. By copy of this letter, a copy has been forwarded to all known counsel of record pursuant to the Texas Rules of Civil Procedure.

Should you have any questions or require further information, please contact this office immediately. Thank you for your cooperation and attention.

Very truly yours,

Robert D. Green

RDG/ag
Enclosures

Mr. Charles Bacarisse                                              Robert D. Green & Associates, P.C.
May 15, 2006
Page 2

cc:   Kevin R. Michaels
      Law Offices of Kevin R. Michaels, P.C.
      11767 Katy Freeway, Suite 730
      Houston, Texas 77079

cc:   Charles A. Sharman
      Attorney at Law
      Nine Greenway Plaza, Suite 3040
      Houston, Texas 77046

cc:   Robert W. Painter
      The Painter Law Firm, P.L.L.C.
      5625 FM 1960 West, Suite 404
      Houston, Texas 77069

# ROBERT D. GREEN & ASSOCIATES, P.C.

Attorneys at Law
440 Louisiana Street
Suite 1930
Houston, Texas 77002
(713) 654-9222 - Fax No. (713) 654-2155

Robert D. Green ‡
---
‡ Board Certified Personal Injury Trial Law -
Texas Board of Legal Specialization

May 12, 2006

**VIA FAX NO. (281) 580-8802**
Robert W. Painter
The Painter Law Firm, P.L.L.C.
5625 FM 1960 West, Suite 404
Houston, Texas 77069

    Re:    Cause No. 2003-33307; **E.P.D. Management Company L.L.C. and Larry Ewers, Plaintiffs vs. International Children's Fund, Intervenor, and Howard Eugene Liner, Defendant**; In the 151ST Judicial District Court of Harris County, Texas

Dear Robert:

    I have signed your Rule 11 Agreement and attach it hereto. I have also attached the Partial Judgment which we have agreed to and incorporate into our Rule 11 Agreement. I will present the original of the judgment to the court for signature on May 22, 2006.

Very truly yours,

Robert D. Green

RDG/ag

# THE PAINTER LAW FIRM, P.L.L.C.
A REGISTERED PROFESSIONAL LIMITED LIABILITY COMPANY
5625 FM 1960 WEST, SUITE 404
HOUSTON, TEXAS 77069

ROBERT W. PAINTER, ATTORNEY AT LAW  
RPAINTER@PAINTERFIRM.COM

TELEPHONE:   (281) 580-8800  
FACSIMILE:   (281) 580-8802

May 12, 2006

Mr. Robert D. Green  
440 Louisiana St., Suite 1930  
Houston, Texas 77002  
Via Fax: 713-654-2155

Re:  Cause No. 2003-33307; E.P.D. Management Company, L.L.C. and Larry Ewers v. Howard Eugene Liner; In the 151st District Court of Harris County, Texas

Dear Mr. Green:

As you know, the Court held a telephone hearing today, at 12:00 p.m., on Plaintiffs' Motion to Continue Hearing on Intervenor International Children's Fund's ("ICF") Motion for Partial Summary Judgment.

During the hearing, you agreed that only one point of ICF's Motion for Partial Summary Judgment will be heard or submitted on May 22, 2006: ICF's claim that Plaintiffs have waived their $785,000 claim for expenses.

The following remaining claims, raised in ICF's Motion for Partial Summary Judgment, will not be heard or submitted on May 22, 2006: (1) ICF owns at least 50% of the $1.98 billion claim against Christopher Heron, which is the basis of the lawsuit styled *Larry Ewers v. Christopher Patrick Heron, Corporation of the Bankhouse, Inc., Societe Bankhouse, and James F. Pomeroy, II*, Cause No. 04-10024-RWZ, In the U.S. District Court, District of Massachusetts; (2) Larry Ewers owes ICF a fiduciary duty; (3) Mr. Ewers owes Howard Liner a fiduciary duty; and (4) Mr. Ewers breached his fiduciary duty to both ICF and Mr. Liner.

In exchange for your agreement, Plaintiffs agreed to stipulate that ICF has an interest (without defining precisely what that interest is, by percentage or amount) in the $1.98 billion claim against Mr. Heron, which is the basis of the lawsuit styled *Larry Ewers v. Christopher Patrick Heron, Corporation of the Bankhouse, Inc., Societe Bankhouse, and James F. Pomeroy, II*, Cause No. 04-10024-RWZ, In the U.S. District Court, District of Massachusetts.

Mr. Robert D. Green
May 12, 2006
Page 2

    If this letter accurately reflects our agreements, please sign and date where indicated below, and fax this letter to me, so I may file it with the Court as a Rule 11 Agreement.

Very truly yours,

Robert W. Painter

RWP/mr

cc:    Mr. Kevin R. Michaels
       11767 Katy Freeway, Suite 730
       Houston, Texas 77079
       Via Fax: 281-496-4211

       Charles A. Sharman
       Nine Greenway Plaza, Suite 3040
       Houston, Texas 77046
       Via Fax: 713-655-1197

AGREED: _____   ___May 12, 2006___
           Robert D. Green                                        Date

20092246.1

# THE PAINTER LAW FIRM, P.L.L.C.
A REGISTERED PROFESSIONAL LIMITED LIABILITY COMPANY
5625 FM 1960 WEST, SUITE 404
HOUSTON, TEXAS 77069
WWW.PAINTERFIRM.COM

## FACSIMILE TRANSMISSION

**DATE:** May 12, 2006                          **MATTER NUMBER:**

| RECIPIENT: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Mr. Robert Green | 713-654-2155 | 713-654-9222 |
| Mr. Kevin Michaels | 281-496-4211 | 281-496-9889 |
| Mr. Charles Sharman | 713-655-1197 | 713-655-1195 |

**FROM:** Robert Painter

**PHONE:** (281) 580-8800           **FAX:** (281) 580-8802

**RE:** E.P.D. Management Company, L.L.C. v. Liner; Cause No. 2003-33307 (151st Dist. Ct.)

**NUMBER OF PAGES INCLUDING COVER PAGE:** 3       Original Will Not Follow

**MESSAGE:**
Proposed Rule 11 Agreement from 5/12/06 hearing.

---

### CAUTION - CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
MARJORIE ROMERO AT (281) 580-8800 AS SOON AS POSSIBLE.

CAUSE NO. 2003-33307

| | | |
|---|---|---|
| E.P.D. MANAGEMENT COMPANY L.L.C. AND LARRY EWERS, Plaintiffs, | § § § § | IN THE DISTRICT COURT OF |
| VS. | § § | |
| INTERNATIONAL CHILDREN'S FUND-ROKHA PARAKEY, INC., Intervenor, | § § § § | HARRIS COUNTY, TEXAS |
| and | § § | |
| HOWARD EUGENE LINER, Defendant. | § § | 151ST JUDICIAL DISTRICT |

## PARTIAL JUDGMENT

The Plaintiffs E.P.D. Management Company L.L.C. and Larry Ewers, filed this suit in regard to a claim against Christopher Patrick Heron. The Plaintiffs, the Defendant, Howard Eugene Liner, and Intervenor International Children Fund-Rokha Parakey, Inc. have all claimed in interest in the Heron claim.

Based upon a stipulation of the parties, the Court finds that International Children's Fund-Rokha Parakey, Inc. has an undivided interest in the $1.98 billion claim against Mr. Heron, which is the basis of the lawsuit styled *Larry Ewers v. Christopher Patrick Heron, Corporation of the Bankhouse, Inc., Societe Bankhouse, and James F. Pomeroy, II*, Cause No. 04-10024-RWZ, In the U.S. District Court, District of Massachusetts. The Court has not yet determined the percentage amount of the International Children's Fund-Rokha Parakey, Inc.'s interest.

SIGNED AND ENTERED the _____ day of _____, 2006.

_____
Honorable Judge Presiding

ENTRY REQUESTED BY:

ROBERT D. GREEN & ASSOCIATES, P.C.

BY: _____
Robert D. Green
State Bar No. 08368025
440 Louisiana St., Ste. 1930
Houston, Texas 77002
(713) 654-9222 - Telephone
(713) 654-2155 - Telecopier

**ATTORNEY FOR INTERVENOR,
INTERNATIONAL CHILDREN'S
FUND-ROKHA PARAKEY, INC.**

THE PAINTER LAW FIRM, P.L.L.C.

BY: _____
Robert W. Painter
State Bar No. 24013284
The Painter Law Firm, P.L.L.C.
5625 FM 1960 West, Suite 404
Houston, Texas 77069
(281) 580-8800 - Telephone
(281) 580-8802 - Telecopier

**LEAD COUNSEL FOR PLAINTIFFS,
E.P.D. MANAGEMENT COMPANY,
L.L.C. AND LARRY EWERS**