UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| LARRY EWERS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| INTERNATIONAL CHILDREN'S<br>FUND-ROKHA PARAKEY, INC., | ) Civil Action No.<br>)<br>) 04-10024-RWZ |
| Plaintiff-Intervenor | )<br>) |
| v. | )<br>) |
| CHRISTOPHER PATRICK HERON,<br>CORPORATION OF THE BANKHOUSE, INC.,<br>SOCIETE BANKHOUSE, and<br>JAMES F. POMEROY, II, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew C. Welnicki, Esq. of Sugarman, Rogers, Barshak & Cohen, P.C. on behalf of the Plaintiff-Intervenor International Children's Fund-Rokha Parakey, Inc.

Respectfully submitted,

s/Matthew C. Welnicki/
_____
Matthew C. Welnicki (BBO 647104)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
(617) 227-3030
Fax: (617) 523-4001

Dated: June 15, 2006

- 2 -

## Certificate of Service

    I hereby certify that I caused a copy of the above document to be served on counsel of record via this Court's Electronic Filing System this 15th day of 2006.

                                                  s/Matthew C. Welnicki /
                                                  _____

#378753