UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| LARRY EWERS, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL CHILDREN'S <br> FUND-ROKHA PARAKEY, INC., <br><br> Plaintiff-Intervenor <br><br> v. <br><br> CHRISTOPHER PATRICK HERON, <br> CORPORATION OF THE BANKHOUSE, INC., <br> SOCIETE BANKHOUSE, and <br> JAMES F. POMEROY, II, <br><br> Defendants. | Civil Action No. <br><br> 04-10024-RWZ |

## MOTION TO ADMIT ROBERT D. GREEN *PRO HAC VICE*

I, Michael S. Appel, pursuant to Local Rule 83.5.3 move that Robert D. Green, an attorney admitted to practice before the state and federal courts of Texas, be admitted as a member of the bar of this Court *pro hac vice* for the purpose of representing Plaintiff-Intervenor, International Children's Fund-Rokha Parakey, Inc., in this action. In support of this Motion, I have attached hereto the Certification of Robert D. Green certifying that (1) he is a member of the bar in good standing of every jurisdiction where he has been admitted to practice, (2) that there are no disciplinary proceedings pending against him as a member of the bar in any

- 2 -

jurisdiction, and (3) that he is familiar with the Rules of this Court as well as the Massachusetts Rules of Professional Conduct.

In addition to filing this Motion and related documents via this Court's ECF System, a copy together with the required fee will be sent by mail.

WHEREFORE, I respectfully request that this Court admit Robert D. Green, *pro hac vice*.

Respectfully submitted,

s/Matthew C. Welnicki/
_____
Michael S. Appel (BBO 543898)
Matthew C. Welnicki (BBO 647104)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
(617) 227-3030
Fax: (617) 523-4001

Robert D. Green (Tex. No. 08368025)
440 Louisiana St., Ste. 1930
Houston, TX 77002
(713) 654-9222
Fax: (713) 654-2155

Attorneys for Intervening Party
International Children's Fund-Rokha
Parakey, Inc.

Dated: June 15, 2006

## Certificate of Service

I hereby certify that I caused a copy of the above document to be served on counsel of record via this Court's Electronic Filing System this 15th day of 2006.

s/Matthew C. Welnicki /
_____

#378753

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------------
LARRY EWERS,                               )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )
                                           )
INTERNATIONAL CHILDREN'S                   )   CIVIL ACTION NO.
FUND-ROKHA PARAKEY, INC.,                  )   04-10024-RWZ
                                           )
        Plaintiff-Intervenor,              )
                                           )
v.                                         )
                                           )
CHRISTOPHER PATRICK HERON,                 )
CORPORATION OF THE BANKHOUSE, INC.         )
SOCIETE BANKHOUSE, and                     )
JAMES F. POMEROY, II,                      )
                                           )
        Defendants.                        )
---------------------------------------------------------------
```

## CERTIFICATION OF ROBERT D. GREEN

I, Robert D. Green, hereby certify and state as follows:

1. I submit the Certification in support of Matthew C. Welnicki's Motion to Admit Robert D. Green *Pro Hac Vice*.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I have received a copy of, and I am now familiar with and will faithfully abide by, the Local Rules of the United States District Court for the District of Massachusetts as well as the Massachusetts Rules of Professional Conduct.

5.  I represent International Children's Fund-Rokha Parakey, Inc. In an action filed in the Federal District Court for the District of Massachusetts, titled *Civil Action No. 04-CV-10024; Ewers v. Heron, et al.* I am now seeking admission *pro hac vice* so that I may represent International Children's Fund-Rokha Parakey, Inc. in connection with this matter.

Signed under the penalties of perjury this 13 day of June 2006.

_____
Robert D. Green