UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| LARRY EWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL CHILDREN'S ) | CIVIL ACTION NO. |
| FUND-ROKHA PARAKEY, INC., ) | 04-10024-RWZ |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER PATRICK HERON, ) | |
| CORPORATION OF THE BANKHOUSE, INC. ) | |
| SOCIETE BANKHOUSE, and ) | |
| JAMES F. POMEROY, II, ) | |
| ) | |
| Defendants. ) | |

---

## MOTION TO INTERVENE

Plaintiff-Intervenor, International Children's Fund-Rokha Parakey, Inc., through undersigned counsel, hereby move this court for an Order allowing its Complaint in Intervention to be filed pursuant to Federal Rule of Civil Procedure 24. The legal and factual background in support of this motion are set forth in the attached memorandum in support thereof.

Respectfully submitted,

s/Matthew C. Welnicki/

---

Michael S. Appel (BBO 543898)
Matthew C. Welnicki (BBO 647104)
Sugarman, Rogers, Barshak &
Cohen, P.C.
101 Merrimac Street
Boston, MA  02114
(617) 227-3030
Fax: (617) 523-4001

Robert D. Green
(Tex. No. 08368025)
440 Louisiana St., Ste. 1930
Houston, TX  77002
(713) 654-9222
Fax: (713) 654-2155

Attorneys for Intervening Party
International Children's Fund-Rokha
Parakey, Inc.

Dated:  June 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record via this Court's ECF system, on this the 15th day of June 2006, as follows:

Isaac H. Peres
Law Offices of Isaac H. Peres
50 Congress St., Ste. 225
Boston, MA 02109
fax number (617) 367-8840

Alan M. Spiro
Edwards, Angell, Palmer & Dodge, L.L.P.
101 Federal St.
Boston, MA 02110
fax number (617) 439-4170

Kenneth V. Nourse
Edwards, Angell, Palmer & Dodge, L.L.P.
111 Huntington Ave.
Boston, MA 02199
fax number (888) 325-9091

s/Matthew C. Welnicki/
_____

#378754