UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10024-RWZ

LARRY EWERS

v.

CHRISTOPHER PATRICK HERON, et al.

ORDER ON MOTION TO INTERVENE

July 20, 2006

ZOBEL, D.J.

International Children's Fund-Rokha Parakey, Inc. ("ICF"), another investor allegedly defrauded by defendants, has moved to intervene in this action to protect its right to any sums that plaintiff Larry Ewers ("Ewers") may recover. One of the underlying issues is the scope of a power of attorney given to Ewers by Eugene Liner, a former director and vice president of ICF. That issue is being litigated in a state court in Texas. The motion by ICF to intervene in this case is based on a stipulated partial judgment in the Texas case that "ICF has an undivided interest in the $1.98 billion claim against Mr. Heron which is the basis of" the action in this court. The Texas judgment further states that the court had not yet determined the percentage amount of ICF's interest.

The motion to intervene is denied for same reasons previously articulated. The Texas partial judgment does not address the underlying question in that case, namely, the scope of the power of Mr. Ewers, plaintiff in this case. However, the court reiterates

its earlier order that should plaintiff recover any of the disputed funds, he shall pay all such monies into court. He shall not disburse any sums without prior approval of the court after giving notice to all would-be interveners. In the meantime, the stay of proceedings in this court is continued pending final judgment in the Texas case. Plaintiff shall continue to advise this court every three months of the status of the Texas proceeding.


|     07/20/06     | /s/ Rya W.Zobel |
|------------------|-----------------|
|       DATE       | RYA W. ZOBEL    |
|                  | UNITED STATES DISTRICT JUDGE |