**Law Offices of Kevin R. Michaels, P.C.**
*A Professional Corporation*
11767 Katy Freeway, Suite 730
Houston, Texas 77079

Telephone 281.496.9889                                                                                  Facsimile 281.496.4211

September 11, 2006

*Via Regular Mail*
Hon. Judge Rya W. Zobel
United States District Court
John Joseph Moakley U.S. Court House
1 Courthouse Way, Suite 2300
Boston Massachusetts 02210

      Re:    Civil Action No. 1:04-CV-10024-RWZ; *Larry Ewers v. Christopher Patrick Heron, et al;* In the United States District Court, District of Massachusetts, Boston Division.

Dear Judge Zobel:

      Prior to any entry of a judgment in the above-mentioned case, I respectfully request that you review the enclosed copy of the Court's order of April 21, 2005 in Civil Action No. 03-948 (MJD/JGL) in the United States District Court for the District of Minnesota. This order dissolves the previously entered Amended Preliminary Injunction and dismisses that proceeding without prejudice. I am providing you with a copy of the enclosed Order in light of the fact that Mr. Gregory G. Brooker, Assistant United States attorney, had previously provided your Court with a copy of the Minnesota's court's July 9, 2003 Amended Preliminary Injunction which the enclosed order dissolves.

      In light of the fact that the parties in the Houston litigation have reached a settlement and will be submitting an agreed judgment for the Houston court to enter, and as it is the parties' intent to collect monies to satisfy the underlying debt owed by Mr. Heron to these parties, it is Mr. Liner's concern that no impediments to the proper disbursement of these monies remain in place that may arise from the July 9, 2003 Amended Preliminary Injunction.

      Thank you and should you have any questions, I am of course available to discuss them with you.

                                              Sincerely,

                                              Kevin R. Michaels

KRM:krm
Enclosure