IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 03-948 MJD/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER DISSOLVING |
| ) | AMENDED PRELIMINARY |
| ) | INJUNCTION AND DISMISSING |
| v. ) | CASE WITHOUT PREJUDICE |
| ) | |
| HOWARD EUGENE LINER, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff United States of America ("United States") moved the Court for an Order dissolving the amended preliminary injunction and for an Order dismissing this case without prejudice.

The procedural posture of the case is as follows. On January 29, 2003, the United States filed a complaint for injunctive and other equitable relief and moved for a temporary restraining order ("TRO"). On January 29, 2003, this Court issued a TRO against Defendant. On March 6, 2003, this Court converted the TRO to a preliminary injunction. On May 5, 2003, Defendant moved for modification or dissolution of the preliminary injunction, and a hearing before the Court was held on June 23, 2003. On July 10, 2003, this Court issued an amended preliminary injunction. Defendant appealed, and on May 25, 2004, the Eighth Circuit Court of Appeals affirmed. See United States v. Liner, No. 03-3076, 2004 WL 1154627 (8th Cir., May 25, 2004).

In the related criminal action against Defendant, on September 16, 2003, Defendant was convicted of 17 counts of wire fraud totaling $1.6 million; one count of making a false statement to the FBI; and one count of money laundering. The Eighth Circuit Court of Appeals affirmed the conviction in an unpublished decision.

On April 13, 2005, the United States moved this Court for an Order dissolving this Court's amended preliminary injunction and dismissing the case without prejudice. A copy of the pleadings was served on Defendant, who is pro se, at the federal correctional facility at which he is currently incarcerated.

Based upon all the files and proceedings herein, it is hereby ORDERED that

(1) The Court's Amended Preliminary Injunction issued on July 10, 2003 is dissolved; and

(2) This case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 21, 2005

s/ Michael J. Davis
Michael J. Davis
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF MINNESOTA