# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA 02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Alan M. Spiro
Direct Phone: 617.951.2204
Direct Fax  888.325.9124
aspiro@eapdlaw.com

**BY ELECTRONIC FILING**

October 26, 2006

Honorable Judge Rya W. Zobel
United States District Court
   for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 6110
One Courthouse Way
Boston, MA 02210

Re:   **Larry Ewers v. Christopher Patrick Heron et al.**
      **Civil Action No. 04-10024-RWZ**

Dear Judge Zobel:

   I am pleased to report that the District Court of Harris County, Texas, 151st Judicial District, has entered an Agreed Final Judgment with Prejudice (attached to the enclosed Motion as Exhibit A), which Judgment has resolved all previously contested issues concerning the validity and irrevocability of Mr. Ewers' Power of Attorney at issue in this case. As a result, the interested parties identified in the Motion have agreed upon a proposed form of Final Judgment against Defendant Christopher Patrick Heron. Submitted herewith for filing please find:

   (1)   Motion to Re-Open Case and for Entry of Final Judgment against Defendant Christopher Patrick Heron (with assents); and

   (2)   Proposed Separate and Final Judgment against Defendant Christopher Patrick Heron.

   Since the Motion is assented to, no hearing is requested. However, should the Court determine that a hearing is advised, we respectfully request that attorneys resident in Texas or other distant places be permitted to participate telephonically.

Sincerely,

Alan M. Spiro

BOS_497239_2/ASPIRO
BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON