# EXHIBIT A

CAUSE NO. 2003-33307

| | | |
|---|---|---|
| E.P.D. MANAGEMENT COMPANY, L.L.C. AND LARRY EWERS | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | HARRIS COUNTY, TEXAS |
| vs. | § § | FILED CHARLES BACARISSE District Clerk |
| HOWARD EUGENE LINER | § § | SEP 1 5 2006 |
| Defendant. | § | 151ST JUDICIAL DISTRICT Harris County, Texas By_____ Deputy |

### AGREED FINAL JUDGMENT WITH PREJUDICE

This case came before the Court for a final adjudication, the full names of the parties being as follows: E.P.D. Management Company, L.L.C. and Larry Ewers, the Plaintiffs; Howard Eugene Liner, the Defendant; and International Children's Fund—Rokha Parakey, Inc., and Buckley, Mathews, White & Howell, L.L.P., the Intervenors. All parties appeared, waived trial by jury, and announced that all matters in controversy had been settled and that the consideration for the settlement had been tendered and accepted. The parties requested from the Court a judgment that all parties take nothing and that all court costs be taxed against the parties incurring same.

It is ADJUDGED that all parties take nothing as damages by reason of this suit and obtain only the declaratory relief described below that all costs of court be taxed against the parties incurring same.

It is ADJUDGED that the parties are entitled to the following undivided interests of the claims against Christopher Patrick Heron forming the basis of the lawsuit styled *Larry Ewers v. Christopher Patrick Heron* et al., in the U.S. District Court, District of Massachusetts, Cause No. 04-10024-RWZ, and any judgment arising therefrom as well as any other claims and benefits

deriving therefrom arising out of the May 9, 2000 Profit Sharing Agreement entered into by Howard Eugene Liner and Alex Cho, the July 18, 2000 Memorandum of Understanding executed by Howard Eugene Liner, Alex Cho, and Christopher Heron, and the January 17, 2002 Settlement Agreement entered into by Howard Eugene Liner, Ah Ping Ban, Alexander Pladott, Anthony Feldman, and Christopher Heron (all such claims are referred to as "the claims against Heron"):

| | |
|---|---|
| **Larry Ewers/E.P.D. Management Company, L.L.C.** | **30% (thirty percent)** |
| **Howard Eugene Liner** | **16% (sixteen percent)** |
| **International Children's Fund—Rokha Parakey, Inc.** | **38% (thirty-eight percent)** |
| **Buckley, Mathews, White & Howell, L.L.P.** | **15% (fifteen percent)** |
| **Larry Morris** | **1% (one percent)** |

(hereinafter "agreed percentages").

It is ADJUDGED that the June 18, 2002 Exclusive Power of Attorney and Mandate, which Howard Eugene Liner signed in favor of Larry Ewers, is valid and irrevocable, and gave Larry Ewers full authority to file and prosecute the lawsuit styled *Larry Ewers v. Christopher Patrick Heron* et al., in the U.S. District Court, District of Massachusetts, Cause No. 04-10024-RWZ, and that any and all attempts to revoke such Exclusive Power of Attorney and Mandate are void.

It is ADJUDGED that the parties are denied all relief not expressly granted by this judgment, whether the relief was requested or whether it could have been requested in this case.

Signed: September 15, 2006

                                                                 Caroline Baker
                                                                 PRESIDING JUDGE

APPROVED AND AGREED TO:

THE PAINTER LAW FIRM, P.L.L.C.

By: _____
Robert W. Painter
Texas Bar No. 24013284
5625 FM 1960 West, Suite 404
Houston, Texas 77069
Telephone: 281-580-8800
Facsimile: 281-580-8802

ATTORNEY FOR PLAINTIFFS E.P.D.
MANAGEMENT COMPANY, L.L.C. AND
LARRY EWERS

ROBERT D. GREEN & ASSOCIATES

By: _____
Robert D. Green
Texas Bar No. 08368025
440 Louisiana St., Suite 1930
Houston, TX 77002
Telephone: 713-654-9222
Facsimile: 713-654-2155

ATTORNEY FOR INTERVENOR
INTERNATIONAL CHILDREN'S FUND-ROKHA
PARAKEY, INC.

LAW OFFICES OF KEVIN R. MICHAELS, P.C.


By:_____
   Kevin R. Michaels
   Texas Bar No. 00784598
11767 Katy Freeway, Suite 730
Houston, TX 77079
Telephone: 281-496-9889
Facsimile: 281-496-4211

ATTORNEY FOR DEFENDANT HOWARD
EUGENE LINER


BUCKLEY, MATHEWS, WHITE & HOWELL, L.L.P.

By: /s/ Richard T. Howell, Jr.
   Richard T. Howell, Jr.
   Texas Bar No. 10106700
2401 Fountainview, Suite 1000
Houston, TX 77057
Telephone: 713-789-7700
Facsimile: 713-789-7703

ATTORNEY FOR INTERVENOR
BUCKLEY, MATHEWS, WHITE & HOWELL, L.L.P.


THE WASHINGTON LAW FIRM, P.L.L.C.


By:_____
   Mickey L. Washington
   Texas Bar No. 24039233
440 Louisiana St., Suite 1930
Houston, TX 77002
Telephone: 713-654-9222
Facsimile: 713-654-2155

ATTORNEY FOR INTERVENOR LARRY MORRIS

LAW OFFICES OF KEVIN R. MICHAELS, P.C.

By: _____
   Kevin R. Michaels
   Texas Bar No. 00784598
11767 Katy Freeway, Suite 730
Houston, TX 77079
Telephone: 281-496-9889
Facsimile: 281-496-4211

ATTORNEY FOR DEFENDANT HOWARD
EUGENE LINER


BUCKLEY, MATHEWS, WHITE & HOWELL, L.L.P.


By _____
   Richard T. Howell, Jr.
   Texas Bar No. 10106700
2401 Fountainview, Suite 1000
Houston, TX 77057
Telephone: 713-789-7700
Facsimile: 713-789-7703

ATTORNEY FOR INTERVENOR
BUCKLEY, MATHEWS, WHITE & HOWELL, L.L.P.


THE WASHINGTON LAW FIRM, P.L.L.C.


By: /s/ Mickey L. Washington
   Mickey L. Washington
   Texas Bar No. 24039233
440 Louisiana St., Suite 1930
Houston, TX 77002
Telephone: 713-654-9222
Facsimile: 713-654-2155

ATTORNEY FOR INTERVENOR LARRY MORRIS

-4-

LAW OFFICES OF KEVIN R. MICHAELS, P.C.

By: _____
   Kevin R. Michaels
   Texas Bar No. 00784598
11767 Katy Freeway, Suite 730
Houston, TX 77079
Telephone: 281-496-9889
Facsimile: 281-496-4211

ATTORNEY FOR DEFENDANT HOWARD
EUGENE LINER


BUCKLEY, MATHEWS, WHITE & HOWELL, L.L.P.


By: _____
   Richard T. Howell, Jr.
   Texas Bar No. 10106700
2401 Fountainview, Suite 1000
Houston, TX 77057
Telephone: 713-789-7700
Facsimile: 713-789-7703

ATTORNEY FOR INTERVENOR
BUCKLEY, MATHEWS, WHITE & HOWELL, L.L.P.


THE WASHINGTON LAW FIRM, P.L.L.C.


By: _____
   Mickey L. Washington
   Texas Bar No. 24039233
440 Louisiana St., Suite 1930
Houston, TX 77002
Telephone: 713-654-9222
Facsimile: 713-654-2155

ATTORNEY FOR INTERVENOR LARRY MORRIS