# CHAN GALIC

BARRISTERS & SOLICITORS

Level 13 Septimus Roe Square
256 Adelaide Terrace
PERTH WA 6000
PO Box Y3588 PERTH WA 6832
Tel: (08) 9325 2611
Fax: (08) 9325 2811
ABN : 83547181339

November 13, 2006

Honorable Rya W. Zobel
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Court House
1 Courthouse Way, Suite 6110
Boston, MA 02210, USA
Via TNT No: GE953581443WW

RE:   Civil Action No. 04-10024-RWZ

Your Honor Judge Zobel:

I am writing Your Honor this letter on behalf of my client Mr. Ah Ping Ban in response to the Plaintiff's motion to "Re-Open Case No. 04-10024-RWZ" Docket Entry No. 74 in which the Plaintiff, Larry Ewers, challenges the legal authority of Alexander Pladott to represent Mr. Ban in the above case.

I hereby confirm to Your Honor that Mr. Pladott has been representing Mr. Ban in the above case per the Power-of-Attorney and Mandate granted him by Mr. Ban on April 11, 2003. To the best of my knowledge, it was given to Mr. Ewers in April 2003.

On behalf of Mr. Ban, I thank Your Honor for the "protection" the court has provided to the Would-Be Intervenors through previous rulings and decisions in this case.

I hereby respectfully request Your Honor's permission to submit the attached Memorandum of Facts per the court records of this case and the other related cases for your consideration prior to the reopening of this case.

Respectfully yours,

Seng Fai Chan, Solicitor

Cc:   Ah Ping Ban