UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                  )
**LARRY EWERS,**                                 )
                                                                  )
            **Plaintiff**          )
                                                                  )
**v.**                                   )
                                                                  )  **CIVIL ACTION**
**CHRISTOPHER PATRICK HERON,**      )  **NO. 04-10024-RWZ**
**CORPORATION OF THE BANKHOUSE,**  )
**INC., SOCIETE BANKHOUSE, AND**       )
**JAMES F. POMEROY, II,**                  )
                                                                 )
            **Defendants.**         )
_____)

## MOTION OF WOULD-BE INTERVENOR ALEXANDER PLADOTT TO FILE RESPONSE TO MOTION OF LARRY EWERS TO RE-OPEN CASE

      The would-be intervenor in this case, Alexander Pladott ("Pladott"), hereby requests this Court to grant him leave to a short response to the arguments and allegations contained in the Motion to Re-Open filed by the Plaintiff, Larry Ewers ("Ewers"). As grounds for this Motion, Pladott states that in his Motion to Re-Open Case, Ewers addressed Pladott's interest in this case in a section entitled "The Status of Would-Be Intervenor Alexander Pladott" [pp. 5-7]. This discussion is rife with erroneous and

2

misleading statements and requires a response by Pladott, even though he is not technically a party to this case.

ALEXANDER PLADOTT

By his Attorney,

/s/ Isaac H. Peres
Isaac H. Peres, BBO #545149
50 Congress Street
Boston, MA 02109
(617) 722-0094

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants on December 22, 2006.

/s/ Isaac H. Peres
Isaac H. Peres
