# ROBERT D. GREEN & ASSOCIATES, P.C.

Attorneys at Law
440 Louisiana Street
Suite 1930
Houston, Texas 77002
(713) 654-9222 - Fax No. (713) 654-2155

Robert D. Green ‡

‡ Board Certified Personal Injury Trial Law -
Texas Board of Legal Specialization

May 1, 2006

**Via E-Mail to alex@pladott.com**
Alexander Pladott

Dear Mr. Pladott:

    This will confirm that on behalf of ICF and Stan Smith it is agreed that the interest of your group would remain as reflected in other documents at 28.51%.

    As you know, ICF is making a claim for 50% of the Liner portion of the Heron claims. Your signature below will confirm that Tony Feldman made you aware of that fact some time in the beginning of 2002.

Very truly yours,

Robert D. Green

RDG/ag
Enclosure

_____
Alexander Pladott

## MEMORANDUM OF UNDERSTANDING ("MEMO")

This Memo is entered into on May 22, 2006

Between

International Children's Fund – Rokha Parakey, Inc. ("ICF"),
Represented by its President Stan R.. Smith ("Smith")

And

Alexander Pladott ("Pladott)

### WITNESSETH:

WHEREAS Christopher Patrick Heron ("Heron") entered into a Settlement Agreement with four of his creditors on January 17, 2002 ("SA"), wherein Heron acknowledged that he owed them $2.69 Billion United States Dollars ("Heron Debt")

WHEREAS the four Heron creditors agreed among them as to the percentage each would share from any collection of assets toward the Heron debt.

WHEREAS Howard Eugene Liner ("Liner") is one of the four Heron creditors and agreed that his share of the Heron debt is 71.49% of whatever is collected ("Liner's Share")

WHEREAS at least 50% of Liner's share belongs to ICF.

WHEREAS Pladott represents the other three Heron creditors and parties to the SA whose aggregate share of the Heron debt is 28.51% ("Pladott Share")

Now therefore, in consideration for the promises and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, ICF and Pladott hereby agree as follows:

1. All the above withesseths in this Memo are true in every respect.

2. To cooperate with one another in order to identify any and all Heron assets that may be recovered toward the Heron debt.
3. To cooperate with one another in order that any assets or money recovered toward the Heron debt is dispersed per all agreements in place as of this date among Heron's four creditors and any of their assignees and/or representatives.
4. To communicate fully with regard to any activity related to the recovery of assets related to the Heron debt, and to consult each other before entering into any unilateral agreement related to the same.

In witness whereof, the parties hereto have executed this Memo as of the date first above written.

_____
International Children's Fund -
Rokha Parakey, Inc.
By its President, Stan R. Smith

_____
Alexander Pladott, Individually
And on Behalf of the Heron
Creditors He Represents