# ROBERT D. GREEN & ASSOCIATES, P.C.

Attorneys at Law
440 Louisiana Street
Suite 1930
Houston, Texas 77002
(713) 654-9222 - Fax No. (713) 654-2155

Robert D. Green ‡
-----------------------------------------------
‡ Board Certified Personal Injury Trial Law -
Texas Board of Legal Specialization

February 1, 2007

Honorable Judge Rya W. Zobel
U.S. District Court for the District
 of Massachusetts, Boston Division
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

   Re: C.A. No. 1:04-CV-10024-RWZ; *Larry Ewers v. Christopher Patrick Heron, et al.*; In the United States District Court for the District of Massachusetts, Boston Division

Your Honor:

  This responds briefly to Mr. Peres' letter of January 29, 2007. The May 22, 2006 Memorandum of Understanding to which he refers acknowledges Mr. Pladott's 28.51% of the <u>combined</u> $2.69 billion owed by Mr. Heron to both Mr. Liner and to Mr. Pladott's group. The Plaintiff here seeks only to recover that portion of the debt owed to Mr. Liner which is $1.98 billion. This case does not seek to recover that percentage applicable to Mr. Pladott. Mr. Pladott has been encouraged to file his own suit against Mr. Heron for his 28.51% of the $2.69 billion but he refuses to do so. Moreover, Mr. Pladott has repudiated, in writing, the May 22, 2006 Memorandum of Understanding.

  Mr. Peres' letter only serves to show that fact issues remain regarding Mr. Pladott's claim which cannot be resolved by writing letters to the court. Plaintiff's proposed judgment protects Mr. Pladott and preserves his contested issues until the time when, if ever, money is actually reached. Only then would the resolution of such issues be necessary.

               Respectfully,

               Robert D. Green

cc: Isaac H. Peres
   Law Offices of Isaac H. Peres

Honorable Judge Rya W. Zobel
February 1, 2007
Page 2

Robert D. Green & Associates, P.C.

50 Congress St., Ste. 225
Boston, MA 02109
*Attorney for Alexander Pladott, et al.*

cc: Alan M. Spiro
Edwards, Angell, Palmer & Dodge, L.L.P.
101 Federal St.
Boston, MA 02110
*Attorney for Plaintiff, Larry Ewers*