# Law Office of Isaac H. Peres

92 State Street, 8th Floor
Boston, Massachusetts 02109
Phone (617) 722-0094
Fax (617) 778-0676

February 14, 2007

**BY ELECTRONIC FILING**

Honorable Rya W. Zobel
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Court House
1 Courthouse Way, Suite 2003
Boston, MA 02210

     Re: <u>Ewers v. Heron</u>, C.A. No. 04-10024-RWZ

Dear Judge Zobel:

     In response to the letter of Attorney Robert Green dated February 1, 2007, the May 22, 2006 Memorandum of Understanding between Mr. Green's client and Alexander Pladott clearly states as "true in every respect" the fact that "the four Heron creditors agreed among them as to the percentage each would share from "***any collection of assets towards the Heron debt***" (emphasis added). Pursuant to the U.K. Court's adjudication of the January 17, 2002 Settlement Agreement in which this critical agreement was contained, Mr. Ewers and his principal, Mr. Liner, agreed that Mr. Pladott's share in any money to be collected toward the Heron debt would be 28.51%. This agreement was re-affirmed in three subsequent agreements which have been submitted to this Court at various times. Thus, Liner's share is 71.49% of "whatever is collected" towards the Heron debt, and Mr. Pladott's share is 28.51% of "whatever is collected" towards the debt.

     Since Heron's original debt to Liner constitutes a portion of the "Heron debt," any assets collected towards the satisfaction of the proposed Judgment in this case qualify as "any collection of assets towards the Heron debt", and Mr. Pladott is entitled to 28.51% of whatever is collected. The agreements between Heron's creditors do ***not*** contemplate or require the filing of a separate lawsuit by Mr. Pladott's group of creditors to enforce the original debt owed to those creditors, as Attorney Green erroneously suggests in his letter. Thus, the agreements between the parties justify the inclusion in the Judgment itself of Mr. Pladott's 28.51% share in any amounts collected towards said Judgment, and there are no "factual issues" which need to be resolved, as Attorney Green claims.

Thank you for your attention to this matter.

Sincerely,

/s/  Isaac H. Peres

Isaac H. Peres