UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| LARRY EWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL CHILDREN'S ) | CIVIL ACTION NO. |
| FUND-ROKHA PARAKEY, INC., ) | 04-10024-RWZ |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER PATRICK HERON, ) | |
| CORPORATION OF THE BANKHOUSE, INC. ) | |
| SOCIETE BANKHOUSE, and ) | |
| JAMES F. POMEROY, II, ) | |
| ) | |
| Defendants. ) | |

---

### **PLAINTIFF-INTERVENOR INTERNATIONAL CHILDREN'S FUND-ROKHA PARAKEY, INC.'S MOTION TO RECONSIDER MOTION TO INTERVENE**

Plaintiff-Intervenor, International Children's Fund-Rokha Parakey, Inc., through undersigned counsel, hereby move this court for an Order allowing its Complaint in Intervention to be filed pursuant to Federal Rule of Civil Procedure 24. The legal and factual background in support of this motion are set forth in the attached memorandum in support thereof.

        Respectfully submitted,

        s/Matthew C. Welnicki/
        _____
        Michael S. Appel (BBO 543898)
        Matthew C. Welnicki (BBO 647104)
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street
        Boston, MA  02114
        (617) 227-3030
        Fax: (617) 523-4001

        Robert D. Green (Tex. No. 08368025)
        440 Louisiana St., Ste. 1930
        Houston, TX  77002
        (713) 654-9222
        Fax: (713) 654-2155
        Admitted *Pro Hac Vice*

        Attorneys for Intervening Party
        International Children's Fund-Rokha
        Parakey, Inc.

Dated:   February 22, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record via this Court's ECF System, on the above date.

        s/Matthew C. Welnicki/
        _____