UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| LARRY EWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL CHILDREN'S ) | CIVIL ACTION NO. |
| FUND-ROKHA PARAKEY, INC., ) | 04-10024-RWZ |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER PATRICK HERON, ) | |
| CORPORATION OF THE BANKHOUSE, INC. ) | |
| SOCIETE BANKHOUSE, and ) | |
| JAMES F. POMEROY, II, ) | |
| ) | |
| Defendants. ) | |

---

**PLAINTIFF-INTERVENOR INTERNATIONAL CHILDREN'S FUND-ROKHA PARAKEY, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER MOTION TO INTERVENE**

1. International Children's Fund-Rokha Parakey, Inc. (hereinafter "ICF") originally filed a Motion to Intervene on June 15, 2006, Docket Nos. 67 and 68. The Court denied the motion on July 20, 2006, Docket No. 70. Two reasons given by the Court for denying the motion were that the Texas court had not yet determined the percentage of ICF's ownership or the validity of the power of attorney used by the Plaintiff, Larry Ewers, in filing this lawsuit. Since that time, the Texas court has entered a judgment finding that the power of attorney is valid and irrevocable and that ICF owns 38% of the Ewers claim against Heron. (*See* Ex. A to Docket Entry 74.)

2.  For these reasons, ICF respectfully requests the Court reconsider ICF's motion to intervene.

Respectfully submitted,

s/Matthew C. Welnicki/

_____
Michael S. Appel (BBO 543898)
Matthew C. Welnicki (BBO 647104)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
(617) 227-3030
Fax: (617) 523-4001

Robert D. Green (Tex. No. 08368025)
440 Louisiana St., Ste. 1930
Houston, TX 77002
(713) 654-9222
Fax: (713) 654-2155
Admitted *Pro Hac Vice*

Attorneys for Intervening Party
International Children's Fund-Rokha Parakey, Inc.

Dated:   February 22, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record via this Court's ECF System, on the above date.

s/Matthew C. Welnicki/
_____