**EDWARDS ANGELL PALMER & DODGE LLP**

111 Huntington Avenue  Boston, MA 02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Alan M. Spiro
Direct Phone:  617.951.2204
Direct Fax  888.325.9124
*aspiro@eapdlaw.com*

*BY ELECTRONIC FILING*
*and FIRST CLASS MAIL*

March 28, 2007

Honorable Judge Rya W. Zobel
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 6110
One Courthouse Way
Boston, MA 02210

Re:   <u>Larry Ewers v. Christopher Patrick Heron et al.</u>, Case No. 04-10024-RWZ:
      Motion to Re-Open Case and for Entry of Final Judgment (with assents) and
      <u>Proposed Separate and Final Judgment; Previously Filed October 26, 2006</u>

Dear Judge Zobel:

At the repeated urgings not only of my own client, Larry Ewers, but also of the five other parties who assented to Mr. Ewers' Motion previously filed on October 26, 2006, I ask that the Court either convene a hearing on our pending Motion to Re-Open, or re-open the case administratively and either enter the Final Judgment requested or schedule a hearing to consider the proposed Final Judgment.

Your Honor will recall that in your Memorandum of Decision dated February 3, 2006, you stayed and administratively closed this case, pending resolution of "the dispute regarding the force and effect of the [Power of Attorney] pending in the Texas state court." (<u>Id.</u> at 2). The parties proceeded, as we thought your Honor had contemplated, to bring the issues in the Texas case to a final and binding conclusion.

On September 15, 2006, after highly adversarial proceedings (which this Court was most felicitously spared), the Texas Court entered an Agreed Final Judgment with Prejudice (the "Texas Judgment") (copy attached to the previously filed Motion as Exhibit A). The Texas Judgment resolved all previously contested issues concerning the validity and irrevocability of Mr. Ewers' Power of Attorney at issue in this case, as follows:

> "It is ADJUDGED that the June 18, 2002 Exclusive Power of Attorney and
> Mandate, which Howard Eugene Liner signed in favor of Larry Ewers, is valid

>and irrevocable, and gave Larry Ewers full authority to file and prosecute the lawsuit styled *Larry Ewers v. Christopher Patrick Heron et al.*, in the U.S. District Court, District of Massachusetts, Cause No. 04-10024-RWZ, and that any and all attempts to revoke such Exclusive Power of Attorney and Mandate are void."

The Texas Judgment further adjudicated the precise percentage interests of ownership of all interested parties in any judgment recovered against Heron.

One month after entry of the Texas Judgment – which in this case is record time for parties to reach agreement – all of the parties to the Texas Case reached agreement on the terms of a final judgment to be entered in this case. We submitted that proposed judgment to your Honor, on October 16, 2006.

We understand that this is neither the most important nor the most pressing case on your Honor's docket, and it is certainly not the most conventional. Your Honor can well imagine, however, that having litigated for as long and as fiercely as they have, at great expense, and having finally reached agreement amongst themselves (perhaps the Nobel Committee should be notified?), the five parties who concluded the Texas Case and signed and assented to the Motion to Re-Open Case and for Entry of Final Judgment n this case, are frustrated that their efforts seem to have hit an unexpected dead-end in what they had expected to be an uncontested, largely administrative matter.

If I have made some procedural misstep or otherwise failed to execute as your Honor had contemplated, I will remedy that as quickly as humanly possible upon receiving direction from the Court. We would all be most grateful if this case could be re-opened and brought to the conclusion that seemed to be contemplated in your Memorandum of Decision of February 3, 2006.

Thank you for your attention to this matter.

Respectfully Submitted,

– S –

Alan M. Spiro


cc:     Attached Service List

CERTIFICATE OF SERVICE

      I, Alan M. Spiro, hereby certify that a true copy of the foregoing letter was served upon the attorneys for all persons known to assert an interest in the proceeds of any judgment entered in this case by electronic transmission and/or U.S. mail, first class, postage pre-paid, on March 28, 2007, upon the parties in the Service List below.

                                                – S –
                                        Alan M. Spiro
                                        Attorney for Plaintiff Larry Ewers

SERVICE LIST

CHRISTOPHER PATRICK HERON
21 Dale House
Boundary Road
London, NW8, United Kingdom

Isaac H. Peres
50 Congress Street
Boston, MA 02109
Telephone: 617.722.0094
Facsimile: 617.367.8840
ATTORNEY FOR PROPOSED INTERVENORS
ALEXANDER PLADOTT, FLAMECREST
ENTERPRISES LIMITED TRUST, AH PING BAN and
CREDITORS COMMITTEE OF THE BANKRUPTCY
ESTATE OF CHRISTOPHER PATRICK HERON

JAMES F. POMEROY
11 Meadow Haven Drive
Mashpee, MA 02649

CORPORATION OF THE BANKHOUSE, INC.
c/o its President, James F. Pomeroy
11 Meadow Haven Drive
Mashpee, MA 02649

Robert D. Green
ROBERT D. GREEN & ASSOCIATES
440 Louisiana St., Suite 1930
Houston, TX 77002
Telephone: (713) 654-9222
Facsimile: (713) 654-2155
ATTORNEY FOR INTERVENOR INTERNATIONAL
CHILDREN'S FUND-ROKHA PARAKEY, INC.

- 4 -

Kevin R. Michaels
LAW OFFICES OF KEVIN R. MICHAELS, P.C.
11767 Katy Freeway, Suite 730
Houston, TX 77079
Telephone: 281-496-9889
Facsimile: 281-496-4211
ATTORNEY FOR DEFENDANT HOWARD EUGENE LINER

Richard Howell
BUCKLEY, MATHEWS, WHITE & HOWELL, L.L.P.
2401 Fountainview, Suite 1000
Houston, TX 77057
Telephone: 713-789-7700
Facsimile: 713-789-7703
ATTORNEY FOR INTERESTED PARTY
BUCKLEY, MATHEWS, WHITE & HOWELL, L.L.P.

Mickey L. Washington
THE WASHINGTON LAW FIRM, P.L.L.C.
440 Louisiana St., Suite 1930
Houston, TX 77002
Telephone: 713-654-9222
Facsimile: 713-654-2155
ATTORNEY FOR INTERESTED PARTY LARRY MORRIS

Robert W. Painter
THE PAINTER LAW FIRM, P.L.L.C.
5625 FM 1960 West, Suite 404
Houston, Texas 77069
Telephone: (281) 580-8800
Facsimile: (281) 580-8802
ATTORNEY FOR PLAINTIFFS
E.P.D. MANAGEMENT COMPANY, L.L.C. AND LARRY EWERS