# ROBERT D. GREEN & ASSOCIATES, P.C.

Attorneys at Law
440 Louisiana Street
Suite 1930
Houston, Texas 77002
(713) 654-9222 - Fax No. (713) 654-2155

Robert D. Green ‡

‡ Board Certified Personal Injury Trial Law -
Texas Board of Legal Specialization

March 27, 2007

Honorable Judge Rya W. Zobel
U.S. District Court for the District
 of Massachusetts, Boston Division
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    C.A. No. 1:04-CV-10024-RWZ; *Larry Ewers v. Christopher Patrick Heron, et al.*; In the United States District Court for the District of Massachusetts, Boston Division

Your Honor:

    The Texas court signed its judgment on September 15, 2006. A Motion to Re-Open Case and for Entry of Final Judgment against Defendant Christopher Patrick Heron and Proposed Separate and Final Judgment Against Christopher Patrick Heron was filed on October 26, 2006. There is also pending International Children's Fund-Rokha Parakey, Inc.'s Motion to Reconsider Motion to Intervene filed on February 22, 2007 and Mr. Pladott's Motion to Intervene filed on March 15, 2007. International Children's Fund-Rokha Parakey, Inc. respectfully requests a hearing on these matters in hopes that this matter may be concluded.

    Respectfully,

    *[signature]*
    Robert D. Green

cc:    Isaac H. Peres
    Law Offices of Isaac H. Peres
    50 Congress St., Ste. 225
    Boston, MA 02109
    *Attorney for Alexander Pladott, et al.*

Honorable Judge Rya W. Zobel  
March 27, 2007  
Page 2

Robert D. Green & Associates, P.C.

cc:  Alan M. Spiro  
     Edwards, Angell, Palmer & Dodge, L.L.P.  
     101 Federal St.  
     Boston, MA 02110  
     *Attorney for Plaintiff, Larry Ewers*