# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
)
**LARRY EWERS,**                                  )
)
          **Plaintiff**               )
**v.**                                      )
)
)
**CHRISTOPHER PATRICK HERON,**    )
**CORPORATION OF THE BANKHOUSE,**  )      **CIVIL ACTION**
**INC., SOCIETE BANKHOUSE, AND**     )      **NO. 04-10024-RWZ**
**JAMES F. POMEROY, II,**            )
)
          **Defendants**        )
)
**and**                                 )
)
**ALEXANDER PLADOTT,**            )
)
       **Plaintiff-Intervenor.**    )
_____)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Isaac H. Peres, counsel to Plaintiff-Intervenor,

Alexander Pladott (who represents Ah Ping Ban, Flamecrest Enterprises Limited Trust,

and Balz Rudolph Wolfensberger Trust), has changed his address.  Please cause all

notices, pleadings and correspondence in this matter to be sent to the following address:

**Isaac H. Peres**
**92 State Street, 8th Floor**
**Boston, MA 02109**
**Telephone:  (617) 722-0094**
**Facsimile:  (617) 778-0676**


Dated:  April 3, 2007                    /s/  Isaac H. Peres_____
                                          Isaac H. Peres, BBO #545149
                                          92 State Street, 8th Floor
                                          Boston, MA 02109
                                          Telephone:  (617) 722-0094
                                          Facsimile:  (617) 778-0676


CERTIFICATE OF SERVICE


        I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants on April 3, 2007.


                                          /s/ Isaac H. Peres_____
                                          Isaac H. Peres