# Law Office of Isaac H. Peres

92 State Street, 8th Floor
Boston, Massachusetts 02109
Phone (617) 722-0094
Fax (617) 778-0676

March 25, 2008

**BY ELECTRONIC FILING**

Honorable Rya W. Zobel
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Court House
1 Courthouse Way, Suite 2003
Boston, MA 02210

    Re: Ewers v. Heron, C.A. No. 04-10024-RWZ

Dear Judge Zobel:

    Please be advised that the undersigned represents C.W. Pyke Management Corporation ("Pyke"), a creditor of Howard Eugene Liner. As you know, Mr. Liner has a 16% undivided interest in the Judgment entered in the above-mentioned case on June 4, 2007, and in any proceeds recovered in satisfaction of said Judgment.

    Pursuant to the Settlement Agreement and Release annexed hereto, Mr. Liner has assigned a portion of his 16% interest to Pyke. Since Pyke has, in essence, stepped into the shoes of Mr. Liner with respect to the latter's interest in the Judgment, I would appreciate it if the notices which are required to be provided to Mr. Liner and the other parties to the Judgment under Paragraph 10 of the Judgment, also be provided to me as Pyke's legal representative.

    Thank you for your attention to this matter.

                                    Sincerely,

                                    /s/ Isaac H. Peres

                                    Isaac H. Peres